UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____PENSACOLA_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

BENJAMIN WASHINGTON,
Inmate # 129138
(Enter full name of Plaintiff)

vs.

MR. K. HALL, (ALSO),
ADDITIONAL (JOHN DOES),
UNKnown at this present
time:
MR. R. TIFFT.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

FOR MAILING
JAN 22 2012
PROVIDED TO
SANTA ROSA C.I. ON

CASE NO: 3:12 cv 38 MCR/EMT
(To be assigned by Clerk)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Benjamin Washington

Filed 0124'12 USDcFln3PM0336

**I.   PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Benjamin Lee Washington
Inmate Number: #129138
Prison or Jail: Santa Rosa Corr. Inst.
Mailing address: 5850 East Milton Road
Milton, Florida 32583

**II.   DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: MR. K. HALL
Official position: Correctional Officer
Employed at: Santa Rosa Corr. Inst.
Mailing address: 5850 East Milton Road,
Milton, Florida 32583

(2) Defendant's name: (John Doe)
Official position: Correctional Officer
Employed at: Santa Rosa Corr. Inst.
Mailing address: 5850 East Milton Road
Milton, Florida 32583

(3) Defendant's name: (John Doe)
Official position: Correctional Officer
Employed at: Santa Rosa Corr. Inst.
Mailing address: 5850 East Milton Road
Milton, Florida 32583

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

II. DEFENDANT(S):

(4) Defendant's name: (John Doe)
   Official position: Correctional Institution
   Employed at: Santa Rosa Corr. Inst.
   Mailing address: 5850 East Milton Road
   Milton, Florida 32583

(5) Defendant's name: (John Doe)
   Official position: Correctional Officer
   Employed at: Santa Rosa Corr. Inst.
   Mailing address: 5850 East Milton Road
   Milton, Florida 32583

(6) Defendant's name: (John Doe)
   Official position: Correction Officer
   Employed at: Santa Rosa Corr. Inst.
   Mailing address: 5850 East Milton Road
   Milton, Florida 32583

(7) Defendant's name: MR. R. TIFFT
   Official position: WARDEN of Santa Rosa C.I.
   Employed at: Santa Rosa Correctional Inst.
   Mailing address: 5850 East Milton Road
   Milton, Florida 32583

### III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV.  PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1.  Parties to previous action:
    (a)  Plaintiff(s): N/A
    (b)  Defendant(s): N/A
2.  Name of judge: N/A    Case #: N/A
3.  County and judicial circuit: N/A
4.  Approximate filing date: N/A
5.  If not still pending, date of dismissal: N/A
6.  Reason for dismissal: N/A
7.  Facts and claims of case: N/A
    N/A

**(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1.  Parties to previous action:
    a.  Plaintiff(s): N/A
    b.  Defendant(s): N/A
2.  District and judicial division: N/A
3.  Name of judge: N/A    Case #: N/A
4.  Approximate filing date: N/A
5.  If not still pending, date of dismissal: N/A
6.  Reason for dismissal: N/A

3

7. Facts and claims of case: __N/A__
   __N/A__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

   Yes( )           No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__    Case #: __N/A__
4. Approximate filing date: __N/A__
5. If not still pending, date of dismissal: __N/A__
6. Reason for dismissal: __N/A__
7. Facts and claims of case: __N/A__
   __N/A__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

   Yes( )           No(✓)

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__    Case Docket # __N/A__
4. Approximate filing date: __N/A__    Dismissal date: _____
5. Reason for dismissal: __N/A__

4

6. Facts and claims of case: _____ N/A _____
_____ N/A _____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On date of: (04-27-2011), location: (D)-Dormitory, at Santa Rosa Correctional Institution, The Plaintiff/Pro-se litigant, Benjamin Lee Washington was subjected to Unjustified "USE OF EXCESSIVE FORCE", which resulted in the following (PHYSICAL INJURIES) which (his) Medical Chart will provide sufficient, adequate verification of (his) claims herein. The following injuries was a (2)-Two day confinement at an Hospital from the Direct Result actions of Correctional Officers herein, Maliciously, Sadistically, wanton misconduct to commit physical and mental Harm (INJURIES). The Plaintiff herein, suffered to conditions of "Head-Injuries, Gash across his left eye around the eye brow area, Teeth (Left front) side tooth knocked out, some chipped, Swollen face, rib injuries, breathing problems, Due to head injuries, Plaintiff is unable to stand up for a period of time before he falls down, light headed, and vision problems. During the plaintiff's Hospital stay, The Plaintiff suffered also to: A **TUBE** ranned into his (**PRIVATE AREA**) so that he was able to piss in a bag, a breathing mask on his face, and (HE) was **fed** through an (**I.V.**) for his body to receive Nutrients, and medicines for (2)-Two Days in _____ Hospital. Plaintiff herein, also was subject to mutilple (**X-Rays**) throughout his "**BODY**", especially his (**HEAD**) area. Plaintiff also lost alot of blood, including from his mouth area due to his teeth being knocked out, and split (**GUMS**) from being (**KICKED**) by Hard footwear (**BLACK BOOTS**). Plaintiff herein, also suffers to walking conditions, which all that is stated of physical harm, which

5

the Plaintiff address that he will never physically or mentally be restored his rightful walking condition, vision condition, Head condition before this occurred of Excessive use of force, He suffers breathing problems, ongoing Headaches, blurred vision, writing impairment due to arm injuries, missing (left side) tooth, also chipped tooth due to being Kicked in his mouth, also having his head banged to the (CONCRETE FLOOR), Urination problems, and His Mental Capacity has upgraded to being "Fearful, Mental distress, mental anguish and Depressive disorders, frightened, and fearful of his life and well being around Correctional Officers here at Santa Rosa Correctional Institution, paranoid, panic disorders, Stress, which Plaintiff herein, is currently taking medications of: Benadryl, and Raspindol for his mental Capacity, and pain medications of: Ibuprofen for his physical injury pain to help a little with the pain conditions. Plaintiff medical chart will verify all his addressed injuries, and that (He) was confined in Hospital due to Correctional Officers conduct. There was [NO] use of Force Camera (PRESENT) during this Use of Force on (04-27-2011). Plaintiff had been "Retaliated" on serveral times prior to this Use of force on (04-27-2011) in (D)-Dormitory by an Correctional Officer Mr. K. Hall, and (5)- FIVE (JOHN DOE) officers in participation with Mr. K. Hall.

(1): On Date of: (04-27-2011), (D)-Dormitory, at Santa Rosa Correctional Institution, Officer; Mr. K. Hall, a Correctional Officer herein location, participated with (5)- FIVE Other (JOHN DOE) Officers, which with [NO] present use of force (HANDHELD) camera, each herein, Correctional Officer rolled the Plaintiffs Housing unit without first, Handcuffing the Plaintiff, each ranned into the Plaintiff's cell, and physically, Kicked, punched, spit, and chocked the Plaintiff in his housing unit approximately (3), minutes, then carried the Plaintiff to Medical, which after the (JANE DOE) Nurse finished, a use of Camera then was utilized on the Plaintiff Benjamin Lee Washington. OFFicer Mr. K. Hall was the sole leader of the pack of Correctional Officers to commit this crime:

6

## V. STATEMENT OF FACTS / Continuance:

(2). On date of: APRIL-27TH-2011:
(WARDEN) MR. R. TIFFT violated by [FAILING] to Penalize Correctional Officer Mr. K. Hall, and the (5)-FIVE Other (JOHN DOE) Correctional Officers, which is (UNKNOWN) at this time, but will be revealed during Production of Documents stage, once (HE) learned of the violation of the Plaintiff / Pro-se litigant, Mr. Benjamin Lee Washington Constitutional rights under the color of State law, which (INFORMAL, and FORMAL GRIEVANCES) was filed (MUTILPLE) of times concerning date of: (04-27-2011) Use of Force (EXCESSIVE) in (D)-Dormitory, which, Warden Mr. R. Tifft [FAILED] to do anything to fix the situation, which this consisted of a mental capacity policy amongs his Correctional Officers that under his supervision, (HE) has a undertine created policy and custom allowing, and encouraging the illegal acts committed by Correctional Officers under his Supervisor by gaining knowledge of their vindictiveness, and fails to do anything other than fabricate documents.

The Warden herein, Mr. R. Tifft was " GROSSLY NEGLIGENT" in managing the Correctional Officer(s) and Employees under his supervision, which it his job description to monitor, and control his employees he is hiring under his supervision, and to make sure he comply with the "RULES OF CONDUCT" standard to provide or mandate Care, Custody, and Control in a "Good Faith Effort", which its his responsability to make sure it is being carried out by (His) Staff members (EACH) at Santa Rosa Correctional Institution, and [NEVER] unprofessionally in a Cruel-and-inhuman manner of " BAD FAITH EFFORTS".

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1): Plaintiffs (4TH) Amendment Right under the color of State law to be secure in his person, and against his personal property being wantonly destroyed or confiscated, Clifton vs Robinson, 500 F.Supp. 30, 35 (E.D.Pa. 1980). (2): Plaintiff also was violated of his (8TH) Amendment Right under the color of state law due to "Cruel-and-Unusual punishment." (3): Plaintiffs (14TH) Amendment Right under the color of state law, "DUE PROCESS" and "Equal Protection of Laws" was violated due to (Procedural) Violations during the investigation process of Use of force, and the "Gross Negligence" of the (Warden) MR. B. TIFFT, See laws: Johnson vs Glick, 481 F.2d 1028 '387(a)(1973), Due the Defendants "Bad faith Effort": Defendant's also violated case law for (Psych-II) mentally Impaired Inmates, see Penn. Dept. of Corrections v. Yeskey, 118 S.Ct. 1952 (1998); (F.A.C.) 33-404:

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(1): Demand Trial by Jury, a Declaratory Judgement, and Federal Indictments for each participate in Excessive Use of Force: (2): Defendants each are sued in their "INDIVIDUAL", but "OFFICIAL CAPACITY", of: ($250.000) for the Plaintiffs Mental and Emotional Injuries due to Mental Distress: (3): ($250.000) Due to his physical injuries: (3): Plaintiff demand a Transfer, and for Defendants to pay for his broken teeth caused by Defendants direct actions, and any court cost herein:

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

01 - 22 - 2012:
(Date)

Benjamin Washington 129138
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
■ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 22 day of January, 2012.

Benjamin Washington 129138
(Signature of Plaintiff)

Revised 03/07

7