RECEIVED BY NWFRC
DEC 27 2012
INITIAL BW

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Pensacola DIVISION

Second Amended Comlaint

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Benjamin Washington
Inmate # 129138
(Enter full name of Plaintiff)

vs.

CASE NO: 3:12cv38-MCR/EMT
(To be assigned by Clerk)

OFFICER K. HALL, et,al.,
IN HIS INDIVIDUAL CAPACITY,
DEFENDANT.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed0102*13USDcFln3AM0936

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: BENJAMIN WASHINGTON
Inmate Number: 129138
Prison or Jail: NWFRC - MAIN UNIT
Mailing address: 4455 SAM MITCHELL DR.
CHIPLEY, FL 32428

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: OFFICER K. HALL
    Official position: CORRECTIONAL OFFICER
    Employed at: SANTA ROSA CI
    Mailing address: 5850 E. MILTON ROAD
    MILTON, FL 32583

(2) Defendant's name: ___
    Official position: ___
    Employed at: ___
    Mailing address: ___

(3) Defendant's name: ___
    Official position: ___
    Employed at: ___
    Mailing address: ___

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.  **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
    Yes( )          No(✓)

   1. Parties to previous action:
      (a) Plaintiff(s): N/A
      (b) Defendant(s): N/A
   2. Name of judge: N/A          Case #: N/A
   3. County and judicial circuit: N/A
   4. Approximate filing date: N/A
   5. If not still pending, date of dismissal: N/A
   6. Reason for dismissal: N/A
   7. Facts and claims of case: N/A

   **(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

    Yes( )          No(✓)

   1. Parties to previous action:
      a. Plaintiff(s): N/A
      b. Defendant(s): N/A
   2. District and judicial division: N/A
   3. Name of judge: N/A          Case #: N/A
   4. Approximate filing date: N/A
   5. If not still pending, date of dismissal: N/A
   6. Reason for dismissal: N/A

3

7. Facts and claims of case: __N/A__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__   Case #: __N/A__
4. Approximate filing date: __N/A__
5. If not still pending, date of dismissal: __N/A__
6. Reason for dismissal: __N/A__
7. Facts and claims of case: __N/A__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__   Case Docket # __N/A__
4. Approximate filing date: __N/A__   Dismissal date: __N/A__
5. Reason for dismissal: __N/A__

4

6. Facts and claims of case: _____N/A_____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On April 27 2011 The plaintiff was housed in (D) Dormitory At Santa Rosa correction's. on above date the plaintiff was Subjected to an Excessive Force which resulted in The following Injuries. The plaintiff was Hospitalized for (2) two day's At an outside Hospital. Due to officer Hall's undue force The Plaintiff Sufferd Head Injuries, a gash across his left eye around the Eye brow area, Left front Side tooth knocked out, some teeth chipped, Swollen face, rib injuries, breathing problems, Due to the Head injuries Plaintiff is unable to stand for long Periods of time. Due to light Headedness and vision problems. while At the Hospital the plaintiff sufferd through a tube ran into his Private Area so he could urin into a bag, a breathing mask on his face, and he was fed By a (IV) so He could receive medication and Nutrients for (2) two days in the Hospital. The Plaintiff was subjected to x-Ray's through out his Body Especially his Head Plaintiff Also lost a lot of blood from his mouth due to his teeth being knocked out and his gum's split open from being kicked by Hard foot wear. (black boots) The plaintiff Also has walking conditions which the plaintiff say's that he will Never physically or mentally over come including vision Problems and Head ace's due to the Head injuries, The Plaintiff Also suffer's from breathing Problems blurred vision, writing impairment missing teeth and also chipped teeth due to being kicked and His head Slamed into the concrette Floor, urination problems and his mental capacity had upgraded to being fearfull of officers, causeing mental Anguish, mental

5

disstress, Depression, Frightend and fear ful of his life and well being around correction officers, Paranoiya, Panic Attacks, Stress,

On April 27 2011 officer K. Hall came to Plaintiff's cell in (D) Dormatory and orderd The Plaintiff to cuff up The plaintiff Disobeyed the order and laid down on the floor on his bellie. officer hall then Hold the cell door opend and Enter'd the cell with 5 other officers. The defendant cuffed The plaintiff and poceeded In Beating The Plaintiff in the mouth, repetedly kicking Stomping Punching and spiting on the Plaintiff, The other officers Also stomped the Plaintiffs Body. Due to the officer's Excessive force and crule and unusale Punishment The Plaintiff sufferd the Above said injuries to his Person. After the Beating, the officers took the Plaintiff to medical. The officer failed to use a use of force camera (which violated Prison policy) As soon As they got done beating the Plaintiff but instead waited till After medical Seen the Plaintiff. Officer K. HAll and other officers beat the plaintiff For approximately (3) minutes The plaintiff Still Suffers from this incident.

The Plaintiff Did follow His GRIEVAnce Proceedurs As Requierd By law. Officer K. HAll was At All time's Herein Acting under the color of State law.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Officer K. Halls Actions in Beating the plaintiff and useing Excessive fore to ponish the Plaintiff for disobeying orders. Consists of Crule and unusual punishment, Deliberatly indifferent, and Excessive force which violatates The Plaintiffs Rights under the 8th Amendment of the united states constitution Cuusing the plaintiff Pain, Suffering, and physical injury/s.

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

The plaintif seeks a declaration that the right described Herein violated the Plaintiffs right. Compensator Damages of $100,000, Punitive Damages in the Amount of $250,000 dollars, A jury trial on All issue's, Recovery of Attorney fees and Any and All court fees in this suit

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

12-27-12
(Date)

Benjamin Washington
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 27th day of DECEMBER, 20 12.

× Benjamin Washington
(Signature of Plaintiff)

Revised 03/07

7

BENJAMIN WASHINGTON, DC #129138
Northwest Florida Reception Center
Main Unit Library
1455 Sam Mitchell Drive
Chipley, FL

MAILED FROM A STATE
CORRECTIONAL INSTITUTION

Hasler
12/28/2012
US POSTAGE $011.1

CLERK OF COURT
U.S. DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FL 32502

LEGAL