UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN WASHINGTON,
    Plaintiff,

v.                                   Case No.: 3:12cv38/MCR/EMT

OFFICER K. HALL,
    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 19, 2013 (doc. 28). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been timely filed.

Having considered the Report and Recommendation, and the record, the court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 17th day of September, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**