United States District Court
Northern District of Florida
Pensacola Division

Benjamin Washington
　　　vs
Hall et al.

Case No. 3:12cv38-MCR/EMT

I'm writing because I got a letter stating judgment that this action be dismissed without prejudice September 17, 2013 I was in the County Jail of Duval doing that time I never got Report and Recommendation dated August 19 2013 (doc.28) and know nothing about fileing objections pursuant to Title 28, United States Code, Section 636(b)(1) I never knew objections had to be timely filed. The prison Never sent any Legal mail to me or did the prison let me take any property with me so I could write the courts and tell them my where abouts I didn't even have the address and when I come back to prison I was locked in a IMR cell for 3 weeks and a half before I can write for my property then all my property aint there I don't even know where to start from all my papers aint in order its like they ment to do it I told the courts I needed help I cant do this on my own I have a fifth

grade reading level I got someone to help me get this far you telling me I was beat up by the officers they nocked out my teeth split my eye open put me in the hospital I still got head injurys every time I stand up I get dizzy most of the time they charged me 3 hunderd and 50 dollars to file this I dont get money as it is I still owe 3 hunderd and something dollars Im hungry Im locked up for something I didnt mean to do If it was the other way around and I did that to the officer I would be in trouble Its not fear because Im a low life uneducated inmate I didnt do anything wrong I got to go around with no teeth for the rest of my life no one even offered to get my teeth fixed and I still got to pay 300 something dollars for getting beat up by an officer and his peers because they got a problem because I asking for help from mental health Its not fear Im asking what can I do to fixed this problem If it got to do something with law I need help and more time I never knew I was going back to court they just sent me a letter then came and got me I tried to take my legal stuff every thing I filed is messed up because of officers packing my property without proper care and all of its not even there

Im also asking why was the case dismissed how can I continue to file where the case can go to court I thought I had to go in front of a judge I never did that I never seen a lawyer I cant be my own lawyer sorry not trying to be smart that I lack in thats why Im trying to go to school but they want let me yet because Im on DC at the moment in CM it said dismissed for failure to comply with an order of the court Its the prison fualt not mine I never got an order from the court to comply with Im asking can something be done about this and how do I go about getting done and what do adopted mean and incorporated by reference in this order I dont understand law talk Im asking can I get help please that something be done for what happen to me Its not fear I do the time for a crime but when a crime happens to me nothing be done
please help

And can you send the papers of dismiss so I can see where I messed up because Its not my fualt Its the prison fualt
please look
Into

Benjamin Washington Doc#291138
Union Correctional Institution
7819 NW 228th Street
Raiford Florida 32026

**LEGAL MAIL**

Mailed from A
State Correctional
Institution

U.S. District Court
Northern District of Florida
ONE NORTH PALAFOX Street
Pensacola, Florida 32502

ZIP 32083
02 1W
0001383720 MAR 28 2014
U.S. POSTAGE >> PITNEY BOWES
$ 000.48°