IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BENJAMIN WASHINGTON,**
       **Plaintiff,**

**v.**                                                          **CASE NO.: 3:12cv38/MCR/EMT**

**OFFICER K. HALL**
       **Defendant.**

_____/

## DECLARATION OF LESLIE S. RODES

I, **Leslie S. Rodes**, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury and declare that the statements made below are true and correct:

1. My name is Leslie S. Rodes. I am presently employed as an Executive Secretary within the Office of the Inspector General's division of the Florida Department of Corrections. I am the records custodian for all documents of the Office of the Inspector General (OIG) within the Florida Department of Corrections. All documents attached to this declaration are true and correct copies from the OIG's records.

2. On June 11, 2015, I accessed the OIG digital records database and searched for all OIG documents related to an April 28, 2011 Use of Force incident involving inmate Benjamin Washington, DC# 129138 when he was housed at Santa Rosa Correctional Institution.

3. My search revealed documentation related to Use of Force # 2011-119-0198, specifically a "Use of Force Packet" and a "MINS Incident Report." See Exhibits 1 and 2.

4. The "Use of Force" Packet shows that Inspector R. Castle reviewed this Use of Force and found on May 11, 2011 that it was in compliance with all institutional rules. It also shows

1

<span style="color:red">Exhibit A</span>

that OIG Central Office approved of the Use of Force on May 17, 2011 when Ilsa Hayes approved it.

5. The "MINS Incident Report" shows that the Use of Force was reported on April 29, 2011, and assigned to an Inspector on May 4, 2011. "MINS" stands for "Management Information Notes System" and is a report generated by prison staff to report incidents for referral to the OIG.

6. I also conducted a search for any documentation related to this Use of Force from the November 2011 - December 2011 time period, but no such document existed within OIG records.

7. This specific Use of Force was not assigned an IG Case number, which means that a separate report and investigation beyond the Inspector's approval of the Use of Force was not conducted.

8. I also located two IG case summaries in our database involving inmate Washington dated April 28, 2011. These summaries involve incidents that occurred at approximately 10:00pm, and the disposition of both incidents was "RM," which means "referred to management." See Exhibits 3 and 4.

9. The foregoing facts are personally known to me to be true and correct. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter.

_Leslie S. Rodes_
Declarant

_6-17-15_
Date

2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
- CHECKLIST -
USE OF FORCE FILE

FACILITY: ___Santa Rosa Correctional___
IG UOF NUMBER: __2011 – 119- 0 1 98__

DATE OF INCIDENT: 04 / 28 / 2011
DATE WARDEN RECEIVED: 04 / 29 / 2011
DATE INSPECTOR RECEIVED: 5 / 11 / 2011

INMATE NAME: __Washington, Benjamin__
DC NUMBER: ___129138___

| LEFT SIDE OF FOLDER: | Warden | Inspector |
|---|---|---|
| 1. Completed Use of Force File Checklist (*DC1-813*) | ✓ | ✓ |
| 2. Copy of Use of Force MINS report | ✓ | ✓ |
| 3. Copy of related MINS reports, with IG Case Numbers, if applicable | N/A | |

| RIGHT SIDE OF FOLDER: | Warden | Inspector |
|---|---|---|
| 1. Two (2) copies of the completed Report of Force Used (*DC6-230*), with each continuation page and Staff Supplement (*DC6-231*), as applicable. | N/A | ✓ |
| 2. Original (*typed*) Report of Force Used (*DC6-230*) with signatures | ✓ | ✓ |
| 3. Original (*typed*) Report of Force Used Staff Supplement (*DC6-231*) | ✓ | ✓ |
| 4. Original signed work copy (*handwritten*) of the Report of Force Used | ✓ | ✓ |
| 5. Original signed work copy (*handwritten*) of each Staff Supplement | ✓ | ✓ |
| 6. Original signed Authorization for Use of Force (*DC6-232*): Warden, Acting Warden, Duty Warden or Physician, as applicable | ✓ | |
| 7. Medical clearance for use of Chemical Agents/ Electronic Immobilization Devices; insert Risk Assessment Form (*DC4-650B*) (if available) | N/A | |
| 8. Employee: Emergency Room Record (*DC4-701C*) with attached Diagram of Injury (*DC4-708*) or a Refusal of Health Care Services (*DC4-782A*) | ✓ | ✓ |
| 9. Inmate: Emergency Room Record (*DC4-701C*) with attached Diagram of Injury (*DC4-708*) or a Refusal of Health Care Services (*DC4-711A*) | ✓ | ✓ |
| 10. One (1) copy of each Incident Report (*DC6-210*) of employee witnesses | ✓ | ✓ |
| 11. Original written statement (*DC6-112C*) of inmate subject/ witnesses | ✓ | ✓ |
| 12. One (1) copy of Qualification Card (*Firearms, EID, Chemical Agents*) | N/A | |
| 13. Chemical Agent Use: One (1) copy of the completed Chemical Agent Accountability Log (*DC6-216*) indicating each canister used, with the beginning and ending weight(s) legibly recorded. | N/A | |
| 14. Chemical Agent Use: Insert written explanation (*memorandum*) of shift supervisor or the confinement lieutenant/close management lieutenant if not present during application of chemical agent. If application was spontaneous, check "N/A" | N/A | |
| 15. Number of required handheld and/or fixed VHS/ Digital recordings, labeled as required, with the original Chain of Custody Form attached to each or insert written explanation (*memorandum*) if recording is not available | 1 CDR + 1 DVD | |

16. Other relevant documentation/ information: _____

| IGLOGS ADDITION/ DELETION SECTION: | | | P= Participant  S=Subject  W=Witness |
|---|---|---|---|
| Name | Social Security/DC # | Add/ Delete | P/S/W |
| | | | |
| | | | |
| | | | |

Signature of Warden _____
inspector R. Castle
Signature of Institutional Inspector

5-10-11
Date
5 –11– 11
Date

DC1-813 (Revised 9/06)        Incorporated By Reference In Rule 33-602.210, F.A.C.

Exhibit 1

Use of Force #: _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

2011-119-0198

(INSTITUTIONS)
REPORT OF FORCE USED

Institution/Office:  Santa Rosa Correctional Institution Main Unit    Date:  April 28, 2011

Inmate Name:  Washington, Benjamin    Number:  129138

## I.  REPORT OF PERSON(S) USING FORCE

Statement of Facts (State fully the exact circumstances leading to use of force):

On April 28, 2011, I was assigned as a Close Management Housing Officer in G-Dormitory at Santa Rosa Correctional Institution. At approximately 11:00am, I was instructed by Lieutenant Andrew Williams to report to D-Dormitory and prepare for a possible forced cell extraction of Inmate Washington, Benjamin DC#129138, housed alone in cell D-1114L. Lieutenant Williams advised me that Inmate Washington was refusing to submit to wrist restraints to be removed from his assigned cell to be placed in the infirmary on SHOS status. Lieutenant Williams further advised me that he had counseled with Inmate Washington, ordering him to submit to restraints for removal from the cell to be placed on SHOS status. Inmate Washington was unreceptive to all counseling and refused orders to submit to restraints. At approximately 10:47am, Behavioral Specialist Christine Wilson contacted Senior Behavioral Analyst Doctor William Jehle who forwarded the information to Psychiatrist Doctor Shandra Smith and she ordered Inmate Washington be placed in SHOS status and authorized the use of force to carry out her orders. At approximately 10:53am, Lieutenant Williams contacted Acting Warden Assistant Warden Jennifer Haas and advised her of the situation. Acting Warden Haas authorized the use of force, forced cell extraction, to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. At approximately 11:05am, Officer Donald Dennis retrieved a hand held video camera and conducted a camera check. At approximately 11:16am, Lieutenant Williams instructed Officer Dennis to commence recording with the hand held video camera and then provided a brief lead in statement. Lieutenant Williams then had the cell extraction team members introduce themselves by advising what number they were entering the cell and what their specific areas of responsibility were. I was assigned as the number one team member entering the cell, Officer Andrew Kilgore was assigned as the number two team member entering the cell, Officer Christopher Martillano was assigned as the number three team member entering the cell, Sergeant Jackie Sanders was assigned as the number four team member entering the cell, and Officer Nicholas Jacobsen was assigned as the number five team member entering the cell. (Continued)

### Type and amount of force used:

I entered cell D1114 with the Plexiglas Non-Electric Concave Shield and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in cell D1114.

Date:  April 28, 2011    Signature:  Kyle Hall    Officer

    Officer Using Force    Title

## II.  WARDEN'S SUMMARY

I have reviewed the fixed camera digital recording, the handheld video recording, and all documents pertaining to the Report of Force Used. All officers involved indicated that Section I of the report is true and accurate. All statements pertaining to this report are attached. This use of force appears to comply with FAC 33-602.210 and Procedure 602.004.

Date:  5-10-11    Signature:  _____

    Warden

## III.  INSTITUTIONAL INSPECTOR'S REVIEW

The Report of Force Used, with attachments, was reviewed and all required documentation appears to be complete.

Date:  5-11-11    Signature:  _____

    Inspector    Inspector R. Castle

## IV.  INSPECTOR GENERAL'S REVIEW

☑ Approved    ☐ Disapproved

(Reason for Disapproval) -

Date:  5/17/2011    Signature:  _____

    Inspector General's Office

    ILSA HAYES

If additional space is needed for any section, attach supplemental sheets.

**Distribution:** Listed on back.

RECEIVED
Department of Corrections

MAY 1 6 2011

Inspector General's Office
Use of Force Unit

DC6-230 (Revised 8/03)

**State of Florida**
**Department of Corrections**
**REPORT OF FORCE USED**
**Continuation**

Institution: _____ Santa Rosa Correctional Institution Main Unit _____ Date: _April 28, 2011_____

Inmate Name: _Washington, Benjamin_____ DC#: 129138_____

**REPORT OF PERSON(S) USING FORCE**

**Statement of Facts (continuation):**

Lieutenant Williams then advised the assembled cell extraction team members to use extreme caution when entering the cell, if a cell extraction became necessary, and that it was unknown if Inmate Washington was in possession of a weapon. Lieutenant Williams then advised team members to only use the minimal amount of force necessary to control and restrain Inmate Washington. At approximately 11:19am, Lieutenant Williams, Lieutenant Gregory Byrd, Lieutenant William Shaner, Officer Dennis and the cell extraction team entered the wing one and proceeded to cell D1114. At approximately 11:20am, Lieutenant Williams ordered Inmate Washington to submit to wrist restraints for removal from the cell to be placed on SHOS status. Lieutenant Williams further advised Inmate Washington that if he failed to comply with these orders a forced cell extraction would be utilized. Inmate Washington refused to comply with all orders given and was at the door in a confrontational stance, defiant to all orders. At approximately 11:20am, cell D1114 was breached and the cell extraction team entered the cell. At approximately 11:20am, upon entering cell D1114, Inmate Washington was moving forward into the doorway and I utilized my personal body weight and the non electric concave Plexiglas shield to push the inmate towards the back cell wall in an attempt to pin him to the cell floor. Inmate Washington resisted and the team struggled with the inmate in between the table and bunk continuing attempting to place the inmate on the floor. The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor was slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. Lieutenant Williams and Lieutenant Shaner continually ordered the inmate to stop resisting. At approximately 11:24am, Officer Martillano stated that the wrist restraints were on and Officer Jacobsen stated that the leg restraints were on. At this time all force ceased. At approximately 11:24am, Lieutenant Williams instructed the team members to allow Inmate Washington to stand to his feet. At approximately 11:24am, a shroud was placed on Inmate Washington due to him being unclothed and he was escorted out of cell D1114 to the D Dormitory Medical Triage Room. At approximately 11:25am, Senior Registered Nurse Mary Donohoo conducted a post use of force medical examination of Inmate Washington and completed a DC4-701C: Emergency Room Record and a DC4-708: Diagram of Injury Form with the following injuries noted: Laceration over left eye, cut on bottom lip, bit tongue, left front tooth knocked out, and small red mark on left mid back. At approximately 11:33am, a waist chain, black box, and leg restraints were placed on Inmate Washington. At approximately 11:35am, Inmate Washington was escorted from D-Dormitory to the Main Unit Infirmary. At approximately 11:42am, Inmate Washington arrived in the Infirmary. At approximately 11:45am, Inmate Washington's waist chain, black box and leg restraints were removed. At approximately 11:45am, Inmate Washington was changed into a SHOS shroud. At approximately 11:46am, as a precaution, a wrist restraint retention chain was attached to Inmate Washington's wrist restraints. At approximately 11:46am, Inmate Washington was secured into Infirmary cell I2106 and his wrist restraints removed. At approximately 11:48am, Lieutenant Williams provided a brief closing statement and video recording ceased. Myself and all cell extraction team members received a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At approximately 1:15pm, Lieutenant Williams contacted the Emergency Action Center and Duty Officer Kamiah Wynn issued a use of force reference number 2011-04-5152 for this use of force. Officer Dennis initiated a DC1-801: Chain of Custody form for the digital video disc utilized during this use of force. The digital video disc and the required documentation were placed in the lock box located in the security hallway. Inmate Washington was issued Disciplinary Report (DC6-112F) for 6-1: Disobeying a Verbal Order. The incident was noted on Inmate Washington's DC6-229: Daily Record of Special Housing. I have been trained in forced cell extraction.

Date: _April 28, 2011_____          Signature: _Officer Kyle Hall_____

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**SANTA ROSA CORRECTIONAL INSTITUTION**
REPORT OF FORCE USED WORKSHEET

Inmate Name: Washington, Benjamin          DC# 129138

**I.   REPORT OF PERSON(S) USING FORCE:**

On April 28, 2011, I was assigned as a close Management Housing officer in G-Dormitory at Santa Rosa Correctional Institution. At approximately 11:00 am, I was instructed by LT. Andrew Williams to report to D-Dormitory to prepare for a possible forced cell extraction of Inmate Washington, Benjamin DC#129138 housed alone in Cell D1114L. LT. Williams advised me that Inmate Washington was refusing to submit to wrist restraints to be removed from his assigned cell to be placed in the infirmary on SHOS status. LT. Williams further advised me that he had counseled with Inmate Washington, ordering him to submit to restraint for Removal from the cell to be placed on SHOS status. Inmate Washington was unreceptive to all counseling and refused orders to submit to restraints. At approximately 10:47 am Behavioral Specialist Christine Wilson contacted Senior Behavioral Analyst Doctor William Jahle who forwarded the information to Psychiatrist Doctor Shondra Smith and she ordered Inmate Washington be placed in SHOS status and authorized the use of force to carry out her orders. At approximately 10:53 pm. LT. Williams contacted Acting Warden Assistant Warden Jennifer Haas and advised her of the situation. Acting Warden Haas authorized the use of force, forced cell extraction, to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. At approximately 11:05 am, Ofc. Donald Dennis retrieved a hand held video camera and conducted a camera check. At approximately 11:16 am, LT. Williams instructed Ofc Dennis to commence recording with the hand held video camera and then provide a brief lead in statement, LT. Williams then had the cell extraction team members introduce themselves by advising what number they were

**II.   TYPE AND AMOUNT OF FORCED USED:**

I entered cell D-1114 with the Plexiglass Non-Electric Concave Shield and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in cell D-1114.

DATE REPORT WRITTEN  April 28, 2011          AT  1:45  AM/**PM**

SIGNATURE OF REPORTING OFFICER:  Kyle Hull

NAME AND POSITION (PRINT)  Kyle Hull CO.I

---

**SHIFT SUPERVISORS REVIEW**

☑ APPROVED          ☑ INCIDENT REPORT          ☑ DC4-701C'S

☑ DC6-232          ☑ PICTURES TAKEN
                        Video

SUPERVISORS SIGNATURE:  LT Celius W rel.

DATE REVIEWED:  4/28/11          AT  3:00  AM/**PM**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**SANTA ROSA CORRECTIONAL INSTITUTION**
REPORT OF FORCE USED WORKSHEET

Inmate Name: Washington, Benjamin          DC# 129138

**I.    REPORT OF PERSON(S) USING FORCE:  (Continued)**

entering the cell and what their specific areas of responsibility are. I was assigned as the number one team member entering the cell, ofc Andrew Kilgore was assigned as the number two team member entering the cell, ofc Christopher Martilena was assigned as the number three team member entering th cell, SGT Jackie Sanders was assigned as the number four team member entering the cell, and ofc Nicholas Jacobsen was assigned as the number five team member entering the cell. Lt Williams then advised the assembled cell extraction team members to use extreme caution when entering the cell if a cell extraction became necessary, and that it was unknown if Inmate Washington was in possession of a weapon. LT Williams then advised team members to only use the minimal amount of force necessary to control and restrain Inmate Washington. At approximately 11:19am, LT Williams, LT Gregory Byrd, LT william Shaner, ofc Dennis and the cell extraction team entered the wing one and proceeded to cell D1114. At approximately 11:20 am Lt Williams ordered Inmate Washington to submit to wrist restraints for removal from the cell to be placed on SHOS status. LT Williams further advised Inmate Washington that if he failed to comply with the orders a forced cell extraction would be utilized. Inmate Washington refused to comply with all orders given and was at the door in a confrontationsal stance, defient to all orders. At approximately 11:20 am cell D-1114 was breached and the cell extraction team entered the cell. At approximately 11:20 am, upon entering cell D1114, Inmate Washington was moving forward into the doorway and I utilized my personal body weight and the non-electric concave plexiglas shield to push the inmate towards the back cell wall in an attempt to pin him to the cell floor. Inmate Washington resisted and the team struggled with the inmate in between the table and bunk continuing attempting to place the inmate on the floor. The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor was slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. LT. Williams and LT. Shaner continually ordered the Inmate to stop resisting. At approximatly 11:24 pm, ofc Martilena stated that the wrist restraints were on and ofc Jacobsen stated that the leg restraints were on. At this time all force ceased. At approximately 11:24 Am, LT. williams instructed the team members to allow Inmate Washington to stand to his feet. At approximatly 11:24 pm, a shroud was placed on Inmate Washington due to him being

**II.    TYPE AND AMOUNT OF FORCED USED:**

_____
_____
_____
_____
_____

SIGNATURE OF REPORTING OFFICER:  Kyle Hall

NAME AND POSITION (PRINT)  Kyle Hall   CO1

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**SANTA ROSA CORRECTIONAL INSTITUTION**
REPORT OF FORCE USED WORKSHEET

Inmate Name: Washington, Benjamin        DC# 129138

---

I.    REPORT OF PERSON(S) USING FORCE:  (Continued)

unclothed and he was escorted out of cell D1114 to the D dormitory
Medical Triage Room. At approximately 11:25am Senior Registered
Nurse Mary Donahoo conducted a post use of force Medical examination
of Inmate Washington and completed a DC4-701c: Emergency Room
Record and a DC4-708: Diagram of Injury form with the following
injuries noted: Laceration over left eye, cut on bottom lip, left tongue
left front teeth knocked out, and small red marks on left mid back. At
approximately 11:33am, a waist chain, black box, and leg restraints were
placed on Inmate Washington. At approximately 11:33am, Inmate Washing
ton was escorted from D dormitory to the Main Unit Infirmary. At approx-
imately 11:42am Inmate Washington arrived in the Infirmary. At approximately
11:45am, Inmate Washington's waist chain, black box and leg restraints were
removed. At approximately 11:45am Inmate Washington was changed into
a SHOS shroud. At approximately 11:46am, as a precaution, a wrist restraint
retention chain was attached to Inmate Washington's wrist restraints.
At approximately 11:46am Inmate Washington was secured into Infirmary
cell I1106 and his wrist restraints removed. At approximately 11:48am LT.
Williams provided a brief Closing Statement and Video recording ceased.
Myself and all cell extraction Team Members ~~...................~~
~~........................................................................................~~
~~........................................................................................~~
At approximately 1:15pm LT. Williams contacted the
Emergency Action Center and Duty officer Kamiah Wynn issued a use of force
reference number 2011-045152 for this use of force officer Dennis initiated
a DC1-801: Chain of custody form for the digital video disc utilized
during this use of force. The digital video disc and the required
documentation were placed in the lock box located in the security hallway.
Inmate Washington was issued Disciplinary Report (DC6-112F)
for 6.1: Disobeying a verbal Order. The incident was noted on Inmate
Washington's DC6-229: Daily record of special Housing. I have
been trained in forced cell extraction.

---

II.    TYPE AND AMOUNT OF FORCED USED:

---

SIGNATURE OF REPORTING OFFICER:    _Kyle Hall_

NAME AND POSITION (PRINT)    Kyle Hall    co.1

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIO.

### (INSTITUTIONS)
# REPORT OF FORCE USED

### STAFF SUPPLEMENT

**Institution:** Santa Rosa Correctional InstitutionMain Unit  **Date:** April 28, 2011
**Inmate's Name:** Washington, Benjamin  **DC#:** 129138

**1. TYPE AND AMOUNT OF FORCE USED:**
I entered cell D1114 and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in Cell D1114. I placed my left and right hands on Inmate Washington's left forearm and utilized a pulling pressure to place his left arm behind his back.

Date: April 28, 2011  Signature: Andrew Kilgore  Officer
  Officer Using Force  Title

**2. TYPE AND AMOUNT OF FORCE USED:**
I entered cell D1114 and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in Cell D1114. I placed my left and right hands on Inmate Washington's right forearm and utilized a pulling pressure to place his right arm behind his back. I applied wrist restraints on Inmate Washington and stated that the wrist restraints were on.

Date: April 28, 2011  Signature: Christopher Martillano  Officer
  Officer Using Force  Title

**3. TYPE AND AMOUNT OF FORCE USED:**
I entered cell D1114 and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in Cell D1114. I placed my left and right hands on Inmate Washington's left ankle and utilized a downward pressure to pin his left leg to the cell floor.

Date: April 28, 2011  Signature: Jackie Sanders  Sergeant
  Officer Using Force  Title

**4. TYPE AND AMOUNT OF FORCE USED:**
I entered cell D1114 and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in Cell D1114. I placed my left and right hands on Inmate Washington's right ankle and utilized a downward pressure to pin his right leg to the cell floor. I applied leg restraints on Inmate Washington and stated that the leg restraints were on.

Date: April 28, 2011  Signature: Nicholas Jacobsen  Officer
  Officer Using Force  Title

DC6-231 (Revised 8/03)  Incorporated by Reference in Rule 33-602.210, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIO.**

**(INSTITUTIONS)**
**R E P O R T   O F   F O R C E   U S E D**

**STAFF SUPPLEMENT**

**Institution:** SARCI Main unit       **Date:** April 28, 2011
**Inmate's Name:** Washington Benjamin   **DC#:** 129138

**1. TYPE AND AMOUNT OF FORCE USED:**

I entered cell 01114 and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in cell 01114. I placed my left and right hands on Inmate Washington's left forearm and utilized a pulling pressure to place his left arm behind his back

**Date:** 4-28-11                **Signature:** Officer Andrew Kilgore
                                           Officer Using Force          Title

**2. TYPE AND AMOUNT OF FORCE USED:**

**Date:**_____        **Signature:**_____
                                           Officer Using Force          Title

**3. TYPE AND AMOUNT OF FORCE USED:**

**Date:**_____        **Signature:**_____
                                           Officer Using Force          Title

**4. TYPE AND AMOUNT OF FORCE USED:**

**Date:**_____        **Signature:**_____
                                           Officer Using Force          Title

**Distribution:** Listed on back.

DC6-231 (Revised 8/03)          Incorporated by Reference in Rule 33-602.210, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### (INSTITUTIONS)
# REPORT OF FORCE USED

### STAFF SUPPLEMENT

**Institution:** Santa Rosa Ins main unit   **Date:** April 28, 2011

**Inmate's Name:** Washington, Benjamin   **DC#:** 129138

### 1. TYPE AND AMOUNT OF FORCE USED:

I entered cell D1114 and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in cell D1114. I placed my left and right hands on Inmate Washington's right forearm and utsized a pulling pressure to place his right arm behind his back. I applied wrist restraints on Inmate Washington and stated that the wrist restraints were on.

**Date:** Apr. 28, 2011   **Signature:** Christopher Martillano Officer

Officer Using Force          Title

### 2. TYPE AND AMOUNT OF FORCE USED:

**Date:** _____   **Signature:** _____

Officer Using Force          Title

### 3. TYPE AND AMOUNT OF FORCE USED:

**Date:** _____   **Signature:** _____

Officer Using Force          Title

### 4. TYPE AND AMOUNT OF FORCE USED:

**Date:** _____   **Signature:** _____

Officer Using Force          Title

**Distribution:** Listed on back.

DC6-231 (Revised 8/03)          Incorporated by Reference in Rule 33-602.210, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(INSTITUTIONS)
R E P O R T   O F   F O R C E   U S E D

STAFF SUPPLEMENT

**Institution:** Santa Rosa Ins Main unit   **Date:** 4-28-11
**Inmate's Name:** Washington, Benjamin   **DC#:** 179138

1. **TYPE AND AMOUNT OF FORCE USED:**

I entered cell D1114 and I utilized my personal body weight in a downward pressure to assist the other team members in securing Inmate Washington in a prone position on the floor in Cell D1114. I placed my left and right hands on Inmate Washington's left forearm and utilized a pulling pressure to place his left arm behind his back.

Date: April 28, 2011          Signature: _Jackie Sanders_  Sgt
                              Officer Using Force          Title

2. **TYPE AND AMOUNT OF FORCE USED:**

Date:_____          Signature:_____
                              Officer Using Force          Title

3. **TYPE AND AMOUNT OF FORCE USED:**

Date:_____          Signature:_____
                              Officer Using Force          Title

4. **TYPE AND AMOUNT OF FORCE USED:**

Date:_____          Signature:_____
                              Officer Using Force          Title

**Distribution:** Listed on back.

DC6-231 (Revised 8/03)          Incorporated by Reference in Rule 33-602.210, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

(INSTITUTIONS)
R E P O R T   O F   F O R C E   U S E D

STAFF SUPPLEMENT

Institution: Santa Rosa Ins Main unit  Date: April 28, 2011
Inmate's Name: Washington, Benjamin  DC#: 12938

1. TYPE AND AMOUNT OF FORCE USED:

I entered cell D1114 and I utilized my personal body weight to a downward pressure to assist the other Team member in securing Inmate Washington in a prone position on the floor in Cell D1114. I placed my left and right hands on Inmate Washington's right ankle and utilized a downward pressure to pin his right leg to the cell floor. I applied leg restraints on Inmate Washington and stated that the Leg restraints were on

Date: 4/23/11     Signature: Nicholas Jacobsen Officer
                            Officer Using Force        Title

2. TYPE AND AMOUNT OF FORCE USED:

Date: _____     Signature: _____
                                    Officer Using Force        Title

3. TYPE AND AMOUNT OF FORCE USED:

Date: _____     Signature: _____
                                    Officer Using Force        Title

4. TYPE AND AMOUNT OF FORCE USED:

Date: _____     Signature: _____
                                    Officer Using Force        Title

**Distribution:** Listed on back.

DC6-231 (Revised 8/03)     Incorporated by Reference in Rule 33-602.210, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR USE OF FORCE

Institution/Facility:   Santa Rosa Correctional Institution Main Unit

Inmate Name:   Washington, Benjamin          Inmate Number:   129138

Justification for Use of Force:   On April 28, 2011, at approximately 10:47am, Behavioral Specialist Christine Wilson advised me that Inmate Washington, Benjamin DC#129138, was experiencing severely agitated psychotic behavior and had smeared feces in his cell.  Due to Inmate Washington's severely agitated psychotic behavior, I order that Inmate Washington be placed in the infirmary on SHOS status.  I authorize the use of force, if necessary, to complete this task.

| | |
|---|---|
| Individual Authorizing Use of Force | Shandra Smith |
| | (Print or Type Full Name) |
| Title of Authorizing Individual | Psychiatrist |
| Signature | |
| Date Force was Authorized | April 28, 2011 |
| Date Force was Used | April 28, 2011 |
| Individual Receiving Use of Force Authorization | Andrew Williams |
| | (Print or Type Full Name) |
| Title of Individual Receiving Authorization | Lieutenant |
| Signature | |
| Individual Using Force | Officer Kyle Hall |
| | (Print or Type Full Name) |
| Individual Using Force | Officer Andrew Kilgore |
| | (Print or Type Full Name) |
| Individual Using Force | Officer Christopher Martillano |
| | (Print or Type Full Name) |
| Individual Using Force | Sergeant Jackie Sanders |
| | (Print or Type Full Name) |
| Individual Using Force | Officer Nicholas Jacobsen |
| | (Print or Type Full Name) |

DC6-232 (Revised 9-99)          Incorporated by Reference in Rule 33-602.210, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### AUTHORIZATION FOR USE OF FORCE

Institution/Facility:   Santa Rosa Correctional Institution Main Unit

Inmate Name:   Washington, Benjamin          Inmate Number:   129138

Justification for Use of Force:   On April 28, 2011, at approximately 10:53am, Lieutenant Andrew Williams advised me that Psychiatrist, Doctor Shandra Smith had ordered that Inmate Washington, Benjamin DC#129138, housed alone in D1114L, be placed in the infirmary on SHOS status. Due to Inmate Washington refusing orders to submit to wrist restraints to be removed from his cell, Doctor Smith had authorized use of force to carry out her orders. I authorize the use of force, Forced Cell Extraction, if necessary to bring Inmate Washington into compliance with lawful orders given and to carry out Doctor Smith's orders.

| | |
|---|---|
| Individual Authorizing Use of Force | Jennifer Haas |
| | (Print or Type Full Name) |
| Title of Authorizing Individual | Assistant Warden |
| Signature | *Jennifer Haas* |
| Date Force was Authorized | April 28, 2011 |
| Date Force was Used | April 28, 2011 |
| Individual Receiving Use of Force Authorization | Andrew Williams |
| | (Print or Type Full Name) |
| Title of Individual Receiving Authorization | Lieutenant |
| Signature | LT *Celuswill* |
| Individual Using Force | Officer Kyle Hall |
| | (Print or Type Full Name) |
| Individual Using Force | Officer Andrew Kilgore |
| | (Print or Type Full Name) |
| Individual Using Force | Officer Christopher Martillano |
| | (Print or Type Full Name) |
| Individual Using Force | Sergeant Jackie Sanders |
| | (Print or Type Full Name) |
| Individual Using Force | Officer Nicholas Jacobsen |
| | (Print or Type Full Name) |

DC6-232 (Revised 9-99)          Incorporated by Reference in Rule 33-602.210, F.A.C.

C 2
= 3 I I 4 y



FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS
## AND ELECTRONIC IMMOBILIZATION DEVICES

Reg

**DC4-650B** *Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices* must be completed when a preconfinement health assessment is conducted in conjunction with *DC4-769 Pre-Special Housing Health Assessment*. DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g., new diagnosis) that would affect the use of chemical restraint agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B. The results of this assessment should not be interpreted as approval or disapproval of the intended use of such agents/devices but rather an assessment of any risk factors.

## Chemical Restraint Agents Assessment:

☑ At the time of this preconfinement health assessment, based on a review of the medical record, this inmate has no known medical conditions* that would be exacerbated by the use of chemical restraint agents.

☐ At the time of this preconfinement health assessment, based on a review of the medical record, this inmate **has** been identified as having a medical condition* that may be exacerbated by the use of chemical restraint agents.

*Condition that may be exacerbated by the use of chemical agents include, but are not limited to, the following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and **unstable** hypertension. (Inmate is considered stable if B/P has been < 160/110 at last CC visit.)

## FSP AND UCI ONLY: Mental Health Alert Re: Chemical Restraint Agents Assessment

☐ At the time of this preconfinement assessment, based on a review of the mental health record, this inmate was discharged on the date of _____ from an inpatient mental health treatment unit (CSU, TCU, or CMHI), within the ninety day period immediately prior to this placement in close management at Florida State Prison or Union Correctional Institution, indicating the need for the use of Crisis Intervention Team intervention techniques by the appropriate security staff prior to application of chemical agents, for the first ninety days following the above-references discharge date.

☐ The inmate was referred by mental health staff to inpatient care (CSU, TCU, or CMHI) on the date of _____ while in close management at Florida State Prison or Union Correctional Institution, indicating the need for the use of Crisis Intervention Team intervention techniques by the appropriate security staff while the inmate is housed in an outpatient setting and is awaiting transport to the inpatient unit as a result of such referral.

## Electronic Immobilization Device Assessment:

☑ At the time of this preconfinement health assessment, based on a review of the medical record, this inmate has no known medical condition* that may be exacerbated by the use of electronic immobilization devices.

☐ At the time of this preconfinement health assessment, based on a review of the medical record, this inmate **has** been identified as having a medical condition* that may be exacerbated by the use of electronic immobilization devices.

*Condition that may be exacerbated by the use of electronic immobilization devices include, but are not limited to, the following: seizure disorder, multiple sclerosis, muscular dystrophy, pacemaker, and pregnancy.

_____     G. STONE, SRN
Staff Signature/Stamp (Person Completing Form)     SANTA ROSA CI

**22 Feb II**
Date

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Inmate Name *Washington, Benjamin*
DC# *229138*     Race/Sex *B/M*
Date of Birth *8-27-82*
Institution *SRCCI*

**Distribution:**   Original—medical record—file under DC4-730 *Problem List*
White copy—to be maintained with DC6-229 in the housing unit

This form is not to be amended, revised, or altered without approval by the Office of Health Services - Administration

DC4-650B (Revised 8/4/08)     Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTI...

# EMERGENCY ROOM RECORD

| Check one: | ☒ Inmate/Post-Use-of-Force Exam |
|---|---|
| | ☐ Employee: ☐ Post-Use-of-Force Exam OR ☐ Injury OR ☐ Physical Altercation |
| | ☐ Visitor/Injury |

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _____1120_____ Time of exam: _____1130_____

Description of occurrence:

Post use of force / Cell Extraction

Inmate showered without soap (if post-use of chemical agent)? ☐ Yes ☐ Refused ☒ N/A

Vital Signs: Temperature _97.8_ Pulse _100_ Respiration _18_ Blood Pressure _122/88_

Arrived via: ☒ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Other:_____

Condition on arrival (check all that apply): ☐ Alert ☐ Oriented x 4 (person, place, time, situation) ☐ Responding to questions verbally
☒ Other (requires description in assessment summary)
☐ C/O pain? If checked, where?_____

Assessment summary:

Confused, Repeating phrases, said over + over, Laceration over ① eye ① front tooth knocked out, bit tongue, cut to bottom lip, small red mark on ① mid back

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Physician notified? ☒ No ☐ Yes Name:_____

Treatment provided? ☐ No ☒ Yes If yes, describe:

cuts cleaned, Steri Strip to Laceration above eye
Referral to dental for tooth

Response to Treatment:

Bleeding Stopped

Disposition: ☐ Population ☐ Confinement ☒ Infirmary ☐ Hospital ☐ Rescue ☐ Other (explain):
to infirmary SHSS

Discharge Instructions and Education:

Return to SC PRN

Health Care Provider's Signature and Stamp: _M. Donahoo RN_ M. DONAHOO, SRN SANTA ROSA CI Date/Time: 4/28/11 1320

Reviewing Physician's Signature and Stamp: _NICHOLS... HOSP... C._ Date/Time: 4/28/11 0900

| Name | Washington, Bernard | **Inmate Distribution:** | White—Health Record |
|---|---|---|---|
| DC# | 129138 | Race/Sex 3M | Canary—Inspector General |
| Date of Birth | 8-27-82 | | Pink—Local Requirements |
| Institution | SRCI | **Employee Distribution:** | White—Personnel File |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Revised 10/07)

This form is not to be amended, revised, or altered without approval of the Office of Health Services-Administration

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence __4/28/11__          Time of occurrence __1120__

☐ No injury identified

Description of injury ① _Laceration over ① eye ② ① front_
_tooth knocked out ③ bit tongue ④ cut bottom lip_
_⑤ small red mask on ① mid back_

_M Donahoo RN_                M. DONAHOO, SRN
Staff Signature                   SANTA ROSA CI

Inmate Name _Washington Benjamen_
DC# _129138_          Race/Sex _BM_
Date of Birth _8-27-82_
Institution _SRCI_

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration

DC4-708 (Revised 5/06)

_ORIDA DEPARTMENT OF COR_ _ONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institute Main | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Kyle Hall | **PREA Number:** | |
| **Employee ID Number:** | 39395 | **Date of incident:** | April 28, 2011 |
| **Person(s) Involved:** | I/M Washington, Benjamin DC#129138 | **Time of incident:** | 11:00am |
| | | **Witness(es):** | |

**DETAILS OF INCIDENT:** (On April 28, 2011, I was assigned as a Close Management Housing Officer in G-Dormitory at Santa Rosa Correctional Institution. At approximately 11:00am, I was instructed by Lieutenant Andrew Williams to report to D-Dormitory and prepare for a possible forced cell extraction of Inmate Washington, Benjamin DC#129138, housed alone in cell D-1114L. Lieutenant Williams advised me that Inmate Washington was refusing to submit to wrist restraints to be removed from his assigned cell to be placed in the infirmary on SHOS status. Lieutenant Williams further advised me that he had counseled with Inmate Washington, ordering him to submit to restraints for removal from the cell to be placed on SHOS status. Inmate Washington was unreceptive to all counseling and refused orders to submit to restraints. At approximately 10:47am, Behavioral Specialist Christine Wilson contacted Senior Behavioral Analyst Doctor William Jehle who forwarded the information to Psychiatrist Doctor Shandra Smith and she ordered Inmate Washington be placed in SHOS status and authorized the use of force to carry out her orders. At approximately 10:53am, Lieutenant Williams contacted Acting Warden Assistant Warden Jennifer Haas and advised her of the situation. Acting Warden Haas authorized the use of force, forced cell extraction, to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. At approximately 11:05am, Officer Donald Dennis retrieved a hand held video camera and conducted a camera check. At approximately 11:16am, Lieutenant Williams instructed Officer Dennis to commence recording with the hand held video camera and then provided a brief lead in statement. Lieutenant Williams then had the cell extraction team members introduce themselves by advising what number they were entering the cell and what their specific areas of responsibility were. I was assigned as the number one team member entering the cell, Officer Andrew Kilgore was assigned as the number two team member entering the cell, Officer Christopher Martillano was assigned as the number three team member entering the cell, Sergeant Jackie Sanders was assigned as the number four team member entering the cell, and Officer Nicholas Jacobsen was assigned as the number five team member entering the cell. Continued)

| | | |
|---|---|---|
| Officer Kyle Hall | _(signature)_ | April 28, 2011 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor**
**COMMENT:** This use of force was necessary to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. Acting Warden Haas and Doctor Smith authorized the use of force, forced cell extraction team, to overcome Inmate Washington's physical resistance to a lawful command and to place him on SHOS status. Inmate Washington was issued Disciplinary Report for 6-1, disobeying a verbal order. Nurse Donohoo conducted a post use of force examination on Inmate Washington and she completed a DC4-701C: Emergency Room Record and a DC4-708: Diagram of Injury Form with injuries noted. The noted injuries appear to be consistent with force utilized. All team members received ~~██████████~~ I contacted the Emergency Action Center and Duty Officer K. Wynn issued a use of force reference number 2011-04-5152 for this use of force.

| | | |
|---|---|---|
| Lieutenant Andrew Williams | _(signature)_ | April 28, 2011 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Complete Mins report 27I. The force used appears to be in compliance with FAC 33-602.210 and Procedure 602.004. The injuries appear to be consistent with force utilized. Lieutenant Shaw and Lieutenant Williams were verbally counseled with concerning the placement of the camera operator & their positioning in front of the cell door. Officer Dennis will receive additional training in camera operations.

| | | |
|---|---|---|
| Colonel James Peters | _(signature)_ | April 29, 2011 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Mins. This use of force appears to comply with FAC 33-602.210 and Procedure 602.004.

27 I   385382

| | | |
|---|---|---|
| Warden R.P. Tifft | _(signature)_ | 5/30/11 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont'd):** Lieutenant Williams then advised the assembled cell extraction team members to use extreme caution when entering the cell, if a cell extraction became necessary, and that it was unknown if Inmate Washington was in possession of a weapon. Lieutenant Williams then advised team members to only use the minimal amount of force necessary to control and restrain Inmate Washington. At approximately 11:19am, Lieutenant Williams, Lieutenant Gregory Byrd, Lieutenant William Shaner, Officer Dennis and the cell extraction team entered the wing one and proceeded to cell D1114. At approximately 11:20am, Lieutenant Williams ordered Inmate Washington to submit to wrist restraints for removal from the cell to be placed on SHOS status. Lieutenant Williams further advised Inmate Washington that if he failed to comply with these orders a forced cell extraction would be utilized. Inmate Washington refused to comply with all orders given and was at the door in a confrontational stance, defiant to all orders. At approximately 11:20am, cell D1114 was breached and the cell extraction team entered the cell. At approximately 11:20am, upon entering cell D1114, Inmate Washington was moving forward into the doorway and I utilized my personal body weight and the non electric concave Plexiglas shield to push the inmate towards the back cell wall in an attempt to pin him to the cell floor. Inmate Washington resisted and the team struggled with the inmate in between the table and bunk continuing attempting to place the inmate on the floor. The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor was slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. Lieutenant Williams and Lieutenant Shaner continually ordered the inmate to stop resisting. At approximately 11:24am, Officer Martillano stated that the wrist restraints were on and Officer Jacobsen stated that the leg restraints were on. At this time all force ceased. At approximately 11:24am, Lieutenant Williams instructed the team members to allow Inmate Washington to stand to his feet. At approximately 11:24am, a shroud was placed on Inmate Washington due to him being unclothed and he was escorted out of cell D1114 to the D Dormitory Medical Triage Room. At approximately 11:25am, Senior Registered Nurse Mary Donohoo conducted a post use of force medical examination of Inmate Washington and completed a DC4-701C: Emergency Room Record and a DC4-708: Diagram of Injury Form with the following injuries noted: Laceration over left eye, cut on bottom lip, bit tongue, left front tooth knocked out, and small red mark on left mid back. At approximately 11:33am, Inmate Washington was escorted from D-Dormitory to the Main Unit Infirmary. At approximately 11:42am, Inmate Washington arrived in the Infirmary. At approximately 11:45am, Inmate Washington's waist chain, black box and leg restraints were removed. At approximately 11:45am Inmate Washington was changed into a SHOS shroud. At approximately 11:46am, as a precaution, a wrist restraint retention chain was attached to Inmate Washington's wrist restraints. At approximately 11:46am, Inmate Washington was secured into Infirmary cell I2106 and his wrist restraints removed. At approximately 11:48am, Lieutenant Williams provided a brief closing statement and video recording ceased. Myself and all cell extraction team members ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At approximately 1:15pm, Lieutenant Williams contacted the Emergency Action Center and Duty Officer Kamiah Wynn issued a use of force reference number 2011-04-5152 for this use of force. Officer Dennis initiated a DC1-801: Chain of Custody form for the digital video disc utilized during this use of force. The digital video disc and the required documentation were placed in the lock box located in the security hallway. Inmate Washington was issued Disciplinary Report (DC6-112F) for 6-1: Disobeying a Verbal Order. The incident was noted on Inmate Washington's DC6-229: Daily Record of Special Housing. I have been trained in forced cell extraction.

_____

**Shift Supervisor**
**COMMENT (cont'd):** _____

_____

_____

_____

_____

_____

_____

**REVIEW (cont'd):** _____

_____

_____

_____

**REVIEW (cont'd):** _____

_____

_____

_____

Supporting Documents Attached_____

FLORIDA DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | |
|---|---|
| Reporting Institution: Santa Rosa Correctional Institution | Incident Report Number: |
| Reporting Employee: Officer Nicholas Jacobsen | PREA Number: |
| Employee ID Number: 44420 | Date of incident: April 28, 2011 |
| Person(s) Involved: I/M Washington, Benjamin DC#129138 | Time of incident: Approximately 11:00am |
| | Witness(es): |

**DETAILS OF INCIDENT:**    On April 28, 2011, I was assigned as a Housing Officer in C-Dormitory at Santa Rosa Correctional Institution. At approximately 11:00am, I was instructed by Lieutenant Andrew Williams to report to D-Dormitory and prepare for a possible forced cell extraction of Inmate Washington, Benjamin DC#129138, housed alone in cell D-1114L. Lieutenant Williams advised me that Inmate Washington was refusing to submit to wrist restraints to be removed from his assigned cell to be placed in the infirmary on SHOS status. Lieutenant Williams further advised me that he had counseled with Inmate Washington, ordering him to submit to restraints to be removed from the cell to be placed on SHOS status. Inmate Washington was unreceptive to all counseling and refused orders to submit to restraints. At approximately 10:47am, Behavioral Specialist Christine Wilson contacted Senior Behavioral Analyst William Jehle who forwarded the information to Psychiatrist, Doctor Shandra Smith and she authorized the use of force to carry out her orders to place Inmate Washington on SHOS. At approximately 10:53am, Lieutenant Williams contacted Acting Warden, Assistant Warden, Jennifer Haas and advised her of the situation. Acting Warden Haas authorized the use of force, forced cell extraction, to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. At approximately 11:05am, Officer Donald Dennis retrieved a hand held video camera. At approximately 11:16am, Lieutenant Williams instructed Officer Dennis to commence recording with the hand held video camera and then provided a brief lead in statement. Lieutenant Williams then had the cell extraction team members introduce themselves by advising what number they were entering the cell and what their specific areas of responsibility were. I was assigned as the number five team member entering the cell, Officer Kyle Hall was assigned as the number one team member entering the cell, Officer Andrew Kilgore was assigned as the number two team member entering the cell, Officer Christopher Martillano was assigned as the number Three team member entering the cell, and Sergeant Jackie Sanders was assigned as the number four team member entering the cell. Lieutenant Williams then advised the assembled cell extraction team members to use extreme caution when entering the cell, if a cell extraction became necessary, and that it was unknown if Inmate Washington was in possession of a weapon. Lieutenant Williams then advised team members to only use the minimal amount of force necessary to control and restrain Inmate Washington. At approximately 11:19am, Lieutenant Williams, Lieutenant Gregory Byrd, Lieutenant William Shaner, Officer Dennis and the cell extraction team entered the wing one and proceeded to cell D-1114. At approximately 11:20am, Lieutenant Williams ordered Inmate Washington to submit to wrist restraints to be removed from the cell to be placed on SHOS status. Lieutenant Williams further advised Inmate Washington that if he failed to comply with these orders a force cell extraction would be utilized. Inmate Washington refused to comply with all orders given and was at the door in a confrontational stance, defiant to all orders.(Cont)

| | | |
|---|---|---|
| Officer Nicholas Jacobsen | | April 28, 2011 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

Shift Supervisor
**COMMENT:**  Submitted for use of force documentation. See Officer Kyle Hall's use of force report on Inmate Washington dated for April 28, 2011, for additional information.

| | | |
|---|---|---|
| Lieutenant Andrew Williams | | April 28, 2011 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:**   Mins.

| | | |
|---|---|---|
| Colonel James Peters | | April 29, 24 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Minul.

| | | |
|---|---|---|
| Warden R. P. Tifft | | 4/30/11 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DETAILS OF INCIDENT (cont'd): At approximately 11:20am, cell D-1114 was breached and the cell extraction team entered the cell. At approximately 11:20am after entering cell D-1114, Inmate Washington was moving forward into the doorway, I assisted in pushing Inmate Washington back towards the back cell wall in an attempt to restrain Inmate Washington. Inmate Washington resisted the team; I struggled with Inmate Washington in between the table and bunk continuing attempting to assist to place the inmate on the floor. The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor was slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. Lieutenant Williams and Lieutenant Shaner continually ordered the inmate to stop resisting. I placed my left and right hands on Inmate Washington's right ankle and utilized a downward pressure to pin his right leg to the cell floor. At approximately 11:24am, I placed leg restraints on Inmate Washington and stated that the leg restraints were on and Officer Martillano stated that the wrist restraints were on. At this time all force ceased. At approximately 11:24am, Lieutenant Williams instructed the team members to allow Inmate Washington to stand to his feet. At approximately 11:24am, a shroud was placed on Inmate Washington due to him being unclothed and was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:24am, Inmate Washington was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:25am, Senior Registered Nurse Mary Donohoo conducted a Post Use Of Force Medical Examination of Inmate Washington and completed a DC4-701C: Emergency Room Record and a DC4-708: Diagram of Injury Form with the following injuries noted: Laceration over left eye, cut on bottom lip, bit tongue, left front tooth knocked out, and small red mark on left mid back. At approximately 11:33am, a waist chain, black box and leg restraints were placed on Inmate Washington. At approximately 11:35am, Inmate Washington was escorted from D-Dormitory to the Infirmary. At approximately 11:42am, Inmate Washington arrived in the Infirmary. At approximately 11:45am, Inmate Washington's waist chain, black box and leg restraints were removed. At approximately 11:45am, Inmate Washington was changed into a SHOS shroud. At approximately 11:46am, as a precaution a wrist restraint retention chain was attached to Inmate Washington's wrist restraints. At approximately 11:46am, Inmate Washington was secured into Infirmary cell I2106s and his wrist restraints removed. At approximately 11:48am, Lieutenant Williams provided a brief closing statement and video recording ceased. Myself and all cell extraction team members ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. At approximately 12:50pm, Lieutenant Williams contacted the Emergency Action Center and Duty Officer K. Wynn issued a use of force reference number 2011-04-5152 for this use of force. Officer Dennis initiated a DC1-801: Chain of Custody form for the digital video disc utilized during this use of force. The digital video disc and the required documentation were placed in the lock box located in the security hallway. Inmate Washington was issued Disciplinary Report (DC6-112F) for 6-1: Disobeying a Verbal Order. The incident was noted on Inmate Washington's DC6-229: Daily Record of Special Housing. I have been trained in forced cell extraction.

_____
_____
_____
_____
_____
_____
_____

**Shift Supervisor**
 COMMENT (cont'd):_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____
_____

**REVIEW (cont'd):**_____
_____
_____
_____

Supporting Documents Attached_____

FLORIDA DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Santa Rosa Correctional Institution | **Incident Report Number:** _____ |
| **Reporting Employee:** Officer Andrew Kilgore | **PREA Number:** _____ |
| **Employee ID Number:** 41755 | **Date of incident:** April 28, 2011 |
| **Person(s) Involved:** I/M Washington, Benjamin DC#129138 | **Time of incident:** Approximately 11:00am |
| _____ | **Witness(es):** _____ |
| _____ | _____ |

**DETAILS OF INCIDENT:** On April 28, 2011, I was assigned as a Housing Officer in E-Dormitory at Santa Rosa Correctional Institution. At approximately 11:00am, I was instructed by Lieutenant Andrew Williams to report to D-Dormitory and prepare for a possible forced cell extraction of Inmate Washington, Benjamin DC#129138, housed alone in cell D-1114L. Lieutenant Williams advised me that Inmate Washington was refusing to submit to wrist restraints to be removed from his assigned cell to be placed in the infirmary on SHOS status. Lieutenant Williams further advised me that he had counseled with Inmate Washington, ordering him to submit to restraints to be removed from the cell to be placed on SHOS status. Inmate Washington was unreceptive to all counseling and refused orders to submit to restraints. At approximately 10:47am, Behavioral Specialist Christine Wilson contacted Senior Behavioral Analyst William Jehle who forwarded the information to Psychiatrist, Doctor Shandra Smith and she authorized the use of force to carry out her orders to place Inmate Washington on SHOS. At approximately 10:53am, Lieutenant Williams contacted Acting Warden, Assistant Warden, Jennifer Haas and advised her of the situation. Acting Warden Haas authorized the use of force, forced cell extraction, to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. At approximately 11:05am, Officer Donald Dennis retrieved a hand held video camera. At approximately 11:16am, Lieutenant Williams instructed Officer Dennis to commence recording with the hand held video camera and then provided a brief lead in statement. Lieutenant Williams then had the cell extraction team members introduce themselves by advising what number they were entering the cell and what their specific areas of responsibility were. I was assigned as the number One team member entering the cell, Officer Kyle Hall was assigned as the number one team member entering the cell, Officer Christopher Martillano was assigned as the number three team member entering the cell, Sergeant Jackie Sanders was assigned as the number four team member entering the cell, and Officer Nicholas Jacobsen was assigned as the number five team member entering the cell. Lieutenant Williams then advised the assembled cell extraction team members to use extreme caution when entering the cell, if a cell extraction became necessary, and that it was unknown if Inmate Washington was in possession of a weapon. Lieutenant Williams then advised team members to only use the minimal amount of force necessary to control and restrain Inmate Washington. At approximately 11:19am, Lieutenant Williams, Lieutenant Gregory Byrd, Lieutenant William Shaner, Officer Dennis and the cell extraction team entered the wing one and proceeded to cell D-1114. At approximately 11:20am, Lieutenant Williams ordered Inmate Washington to submit to wrist restraints to be removed from the cell to be placed on SHOS status. Lieutenant Williams further advised Inmate Washington that if he failed to comply with these orders a force cell extraction would be utilized. Inmate Washington refused to comply with all orders given and was at the door in a confrontational stance, defiant to all orders.(Cont)

| | | |
|---|---|---|
| Officer Andrew Kilgore | | April 28, 2011 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

Shift Supervisor
**COMMENT:** Submitted for use of force documentation. See Officer Kyle Hall's use of force report on Inmate Washington dated for April 28, 2011, for additional information. _____

| | | |
|---|---|---|
| Lieutenant Andrew Williams | | April 28, 2011 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Mins _____

| | | |
|---|---|---|
| Colonel James Peters | | April 29 2011 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Mins' _____

| | | |
|---|---|---|
| Warden R. P. Tifft | | 4/30/11 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210 (Effective 3/3/08) (Revised 6/09)     Incorporated by Reference in Rule 33-602.210, F.A.C.     Page 1 of 3

DETAILS OF INCIDENT (cont'd): At approximately 11:20am, cell D-1114 was breached and the cell extraction team entered the cell. At approximately 11:20am after entering cell D-1114, Inmate Washington was moving forward into the doorway, I assisted in pushing Inmate Washington back towards the back cell wall in an attempt to restrain Inmate Washington. Inmate Washington resisted the team; I struggled with Inmate Washington in between the table and bunk continuing attempting to assist to place the inmate on the floor. The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor was slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. Lieutenant Williams and Lieutenant Shaner continually ordered the inmate to stop resisting. I placed my left and right hands on Inmate Washington's left forearm and utilized a pulling pressure to place his left arm behind his back. At approximately 11:24am, Officer Martillano stated that the wrist restraints were on and Officer Jacobsen stated that the leg restraints were on. At this time all force ceased. At approximately 11:24am, Lieutenant Williams instructed the team members to allow Inmate Washington to stand to his feet. At approximately 11:24am, a shroud was placed on Inmate Washington due to him being unclothed and was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:24am, Inmate Washington was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:25am, Senior Registered Nurse Mary Donohoo conducted a Post Use Of Force Medical Examination of Inmate Washington and completed a DC4-701C: Emergency Room Record and a DC4-708: Diagram of Injury Form with the following injuries noted: Laceration over left eye, cut on bottom lip, bit tongue, left front tooth knocked out, and small red mark on left mid back. At approximately 11:33am, a waist chain, black box and leg restraints were placed on Inmate Washington. At approximately 11:35am, Inmate Washington was escorted from D-Dormitory to the Infirmary. At approximately 11:42am, Inmate Washington arrived in the Infirmary. At approximately 11:45am, Inmate Washington's waist chain, black box and leg restraints were removed. At approximately 11:45am, Inmate Washington was changed into a SHOS shroud. At approximately 11:46am, as a precaution a wrist restraint retention chain was attached to Inmate Washington's wrist restraints. At approximately 11:46am, Inmate Washington was secured into Infirmary cell I2106s and his wrist restraints removed. At approximately 11:48am, Lieutenant Williams provided a brief closing statement and video recording ceased. Myself and all cell extraction team members received a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ At approximately 12:50pm, Lieutenant Williams contacted the Emergency Action Center and Duty Officer K. Wynn issued a use of force reference number 2011-04-5152 for this use of force. Officer Dennis initiated a DC1-801: Chain of Custody form for the digital video disc utilized during this use of force. The digital video disc and the required documentation were placed in the lock box located in the security hallway. Inmate Washington was issued Disciplinary Report (DC6-112F) for 6-1: Disobeying a Verbal Order. The incident was noted on Inmate Washington's DC6-229: Daily Record of Special Housing. I have been trained in forced cell extraction.

**Shift Supervisor**
COMMENT (cont'd):_____

REVIEW (cont'd):_____

REVIEW (cont'd):_____

FLORIDA DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Santa Rosa Correctional Institution | **Incident Report Number:** _____ |
| **Reporting Employee:** Sergeant Jackie Sanders | **PREA Number:** _____ |
| **Employee ID Number:** 18774 | **Date of incident:** April 28, 2011 |
| **Person(s) Involved:** I/M Washington, Benjamin DC#129138 | **Time of incident:** Approximately 11:00am |
| | **Witness(es):** _____ |

**DETAILS OF INCIDENT:**   On April 28, 2011, I was assigned as a Housing Sergeant in F-Dormitory at Santa Rosa Correctional Institution. At approximately 11:00am, I was instructed by Lieutenant Andrew Williams to report to D-Dormitory and prepare for a possible forced cell extraction of Inmate Washington, Benjamin DC#129138, housed alone in cell D-1114L. Lieutenant Williams advised me that Inmate Washington was refusing to submit to wrist restraints to be removed from his assigned cell to be placed in the infirmary on SHOS status. Lieutenant Williams further advised me that he had counseled with Inmate Washington, ordering him to submit to restraints to be removed from the cell to be placed on SHOS status. Inmate Washington was unreceptive to all counseling and refused orders to submit to restraints. At approximately 10:47am, Behavioral Specialist Christine Wilson contacted Senior Behavioral Analyst William Jehle who forwarded the information to Psychiatrist, Doctor Shandra Smith and she authorized the use of force to carry out her orders to place Inmate Washington on SHOS.   At approximately 10:53am, Lieutenant Williams contacted Acting Warden, Assistant Warden, Jennifer Haas and advised her of the situation. Acting Warden Haas authorized the use of force, forced cell extraction, to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. At approximately 11:05am, Officer Donald Dennis retrieved a hand held video camera. At approximately 11:16am, Lieutenant Williams instructed Officer Dennis to commence recording with the hand held video camera and then provided a brief lead in statement. Lieutenant Williams then had the cell extraction team members introduce themselves by advising what number they were entering the cell and what their specific areas of responsibility were. I was assigned as the number four team member entering the cell, Officer Kyle Hall was assigned as the number one team member entering the cell, Officer Andrew Kilgore was assigned as the number two team member entering the cell, Officer Christopher Martillano was assigned as the number Three team member entering the cell, and Officer Nicholas Jacobsen was assigned as the number five team member entering the cell. Lieutenant Williams then advised the assembled cell extraction team members to use extreme caution when entering the cell, if a cell extraction became necessary, and that it was unknown if Inmate Washington was in possession of a weapon. Lieutenant Williams then advised team members to only use the minimal amount of force necessary to control and restrain Inmate Washington. At approximately 11:19am, Lieutenant Williams, Lieutenant Gregory Byrd, Lieutenant William Shaner, Officer Dennis and the cell extraction team entered the wing one and proceeded to cell D-1114. At approximately 11:20am, Lieutenant Williams ordered Inmate Washington to submit to wrist restraints to be removed from the cell to be placed on SHOS status. Lieutenant Williams further advised Inmate Washington that if he failed to comply with these orders a force cell extraction would be utilized. Inmate Washington refused to comply with all orders given and was at the door in a confrontational stance, defiant to all orders. (Cont)

| | | |
|---|---|---|
| Sergeant Jackie Sanders | _~signature~_ | April 28, 2011 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

Shift Supervisor
**COMMENT:**  Submitted for use of force documentation. See Officer Kyle Hall's use of force report on Inmate Washington dated for April 28, 2011, for additional information.

| | | |
|---|---|---|
| Lieutenant Andrew Williams | _LT ~Andrew Watt~_ | April 28, 2011 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** WMfnf .

| | | |
|---|---|---|
| Colonel James Peters | _~signature~_ | _~date~_ |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:**   M WJ

| | | |
|---|---|---|
| Warden R. P. Tifft | _~signature~_ | 4/30/11 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DETAILS OF INCIDENT (cont'd): At approximately 11:20am, cell D-1114 was breached and the cell extraction team entered the cell. At approximately 11:20am after entering cell D-1114, Inmate Washington was moving forward into the doorway, I assisted in pushing Inmate Washington back towards the back cell wall in an attempt to restrain Inmate Washington. Inmate Washington resisted the team; I struggled with Inmate Washington in between the table and bunk continuing attempting to assist to place the inmate on the floor. The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor was slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. Lieutenant Williams and Lieutenant Shaner continually ordered the inmate to stop resisting. I placed my left and right hands on Inmate Washington's left ankle and utilized a downward pressure to pin his left leg to the cell floor. At approximately 11:24am, Officer Martillano stated that the wrist restraints were on and Officer Jacobsen stated that the leg restraints were on. At this time all force ceased. At approximately 11:24am, Lieutenant Williams instructed the team members to allow Inmate Washington to stand to his feet. At approximately 11:24am, a shroud was placed on Inmate Washington due to him being unclothed and was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:24am, Inmate Washington was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:25am, Senior Registered Nurse Mary Donohoo conducted a Post Use Of Force Medical Examination of Inmate Washington and completed a DC4-701C: Emergency Room Record and a DC4-708: Diagram of Injury Form with the following injuries noted: Laceration over left eye, cut on bottom lip, bit tongue, left front tooth knocked out, and small red mark on left mid back. At approximately 11:33am, a waist chain, black box and leg restraints were placed on Inmate Washington. At approximately 11:35am, Inmate Washington was escorted from D-Dormitory to the Infirmary. At approximately 11:42am, Inmate Washington arrived in the Infirmary. At approximately 11:45am, Inmate Washington's waist chain, black box and leg restraints were removed. At approximately 11:45am, Inmate Washington was changed into a SHOS shroud. At approximately 11:46am, as a precaution a wrist restraint retention chain was attached to Inmate Washington's wrist restraints. At approximately 11:46am, Inmate Washington was secured into Infirmary cell I2106s and his wrist restraints removed. At approximately 11:48am, Lieutenant Williams provided a brief closing statement and video recording ceased. Myself and all cell extraction team members received a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ At approximately 12:50pm, Lieutenant Williams contacted the Emergency Action Center and Duty Officer K. Wynn issued a use of force reference number 2011-04-5152 for this use of force. Officer Dennis initiated a DC1-801: Chain of Custody form for the digital video disc utilized during this use of force. The digital video disc and the required documentation were placed in the lock box located in the security hallway. Inmate Washington was issued Disciplinary Report (DC6-112F) for 6-1: Disobeying a Verbal Order. The incident was noted on Inmate Washington's DC6-229: Daily Record of Special Housing. I have been trained in forced cell extraction.

**Shift Supervisor**
COMMENT (cont'd):_____

REVIEW (cont'd):_____

REVIEW (cont'd):_____

_ORIDA DEPARTMENT OF CORK_ _IONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Santa Rosa Correctional Institution | **Incident Report Number:** | |
| **Reporting Employee:** | Officer Christopher Martillano | **PREA Number:** | |
| **Employee ID Number:** | 42739 | **Date of incident:** | April 28, 2011 |
| **Person(s) Involved:** | I/M Washington, Benjamin DC#129138 | **Time of incident:** | Approximately 11:00am |
| | | **Witness(es):** | |

**DETAILS OF INCIDENT:** On April 28, 2011, I was assigned as a Housing Officer in G-Dormitory at Santa Rosa Correctional Institution. At approximately 11:00am, I was instructed by Lieutenant Andrew Williams to report to D-Dormitory and prepare for a possible forced cell extraction of Inmate Washington, Benjamin DC#129138, housed alone in cell D-1114L. Lieutenant Williams advised me that Inmate Washington was refusing to submit to wrist restraints to be removed from his assigned cell to be placed in the infirmary on SHOS status. Lieutenant Williams further advised me that he had counseled with Inmate Washington, ordering him to submit to restraints to be removed from the cell to be placed on SHOS status. Inmate Washington was unreceptive to all counseling and refused orders to submit to restraints. At approximately 10:47am, Behavioral Specialist Christine Wilson contacted Senior Behavioral Analyst William Jehle who forwarded the information to Psychiatrist, Doctor Shandra Smith and she authorized the use of force to carry out her orders to place Inmate Washington on SHOS. At approximately 10:53am, Lieutenant Williams contacted Acting Warden, Assistant Warden, Jennifer Haas and advised her of the situation. Acting Warden Haas authorized the use of force, forced cell extraction, to overcome Inmate Washington's physical resistance to a lawful command and to carry out Doctor Smith's orders. At approximately 11:05am, Officer Donald Dennis retrieved a hand held video camera. At approximately 11:16am, Lieutenant Williams instructed Officer Dennis to commence recording with the hand held video camera and then provided a brief lead in statement. Lieutenant Williams then had the cell extraction team members introduce themselves by advising what number they were entering the cell and what their specific areas of responsibility were. I was assigned as the number Three team member entering the cell, Officer Kyle Hall was assigned as the number one team member entering the cell, Officer Andrew Kilgore was assigned as the number two team member entering the cell, Sergeant Jackie Sanders was assigned as the number four team member entering the cell, and Officer Nicholas Jacobsen was assigned as the number five team member entering the cell. Lieutenant Williams then advised the assembled cell extraction team members to use extreme caution when entering the cell, if a cell extraction became necessary, and that it was unknown if Inmate Washington was in possession of a weapon. Lieutenant Williams then advised team members to only use the minimal amount of force necessary to control and restrain Inmate Washington. At approximately 11:19am, Lieutenant Williams, Lieutenant Gregory Byrd, Lieutenant William Shaner, Officer Dennis and the cell extraction team entered the wing one and proceeded to cell D-1114. At approximately 11:20am, Lieutenant Williams ordered Inmate Washington to submit to wrist restraints to be removed from the cell to be placed on SHOS status. Lieutenant Williams further advised Inmate Washington that if he failed to comply with these orders a force cell extraction would be utilized. Inmate Washington refused to comply with all orders given and was at the door in a confrontational stance, defiant to all orders. (Cont)

| | | |
|---|---|---|
| Officer Christopher Martillano | _[signature]_ | April 28, 2011 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor**
**COMMENT:** Submitted for use of force documentation. See Officer Kyle Hall's use of force report on Inmate Washington dated for April 28, 2011, for additional information.

| | | |
|---|---|---|
| Lieutenant Andrew Williams | _[signature]_ LT Andrew Williams | April 28, 2011 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** _Mins._

| | | |
|---|---|---|
| Colonel James Peters | _[signature]_ | _Cpl 29 2~_ |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** _Mus._

| | | |
|---|---|---|
| Warden R. P. Tifft | _[signature]_ | 4/30/11 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210 (Effective 3/3/08) (Revised 6/09)      Incorporated by Reference in Rule 33-602.210, F.A.C.      Page 1 of 2

DETAILS OF INCIDENT (cont'd): At approximately 11:20am, cell D-1114 was breached and the cell extraction team entered the cell. At approximately 11:20am after entering cell D-1114, Inmate Washington was moving forward into the doorway, I assisted in pushing Inmate Washington back towards the back cell wall in an attempt to restrain Inmate Washington. Inmate Washington resisted the team; I struggled with Inmate Washington in between the table and bunk continuing attempting to assist to place the inmate on the floor. The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor was slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. Lieutenant Williams and Lieutenant Shaner continually ordered the inmate to stop resisting. I placed my left and right hands on Inmate Washington's right forearm and utilized a pulling pressure to place his right arm behind his back. At approximately 11:24am, I placed wrist restraints on Inmate Washington and stated that the wrist restraints were on and Officer Jacobsen stated that the leg restraints were on. At this time all force ceased. At approximately 11:24am, Lieutenant Williams instructed the team members to allow Inmate Washington to stand to his feet. At approximately 11:24am, a shroud was placed on Inmate Washington due to him being unclothed and was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:24am, Inmate Washington was escorted out of cell D-1114 to the D-Dormitory Medical Triage Room. At approximately 11:25am, Senior Registered Nurse Mary Donohoo conducted a Post Use Of Force Medical Examination of Inmate Washington and completed a DC4-701C: Emergency Room Record and a DC4-708: Diagram of Injury Form with the following injuries noted: Laceration over left eye, cut on bottom lip, bit tongue, left front tooth knocked out, and small red mark on left mid back. At approximately 11:33am, a waist chain, black box and leg restraints were placed on Inmate Washington. At approximately 11:35am, Inmate Washington was escorted from D-Dormitory to the Infirmary. At approximately 11:42am, Inmate Washington arrived in the Infirmary. At approximately 11:45am, Inmate Washington's waist chain, black box and leg restraints were removed. At approximately 11:45am, Inmate Washington was changed into a SHOS shroud. At approximately 11:46am, as a precaution a wrist restraint retention chain was attached to Inmate Washington's wrist restraints. At approximately 11:46am, Inmate Washington was secured into Infirmary cell I2106s and his wrist restraints removed. At approximately 11:48am, Lieutenant Williams provided a brief closing statement and video recording ceased. Myself and all cell extraction team members received ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~. At approximately 12:50pm, Lieutenant Williams contacted the Emergency Action Center and Duty Officer K. Wynn issued a use of force reference number 2011-04-5152 for this use of force. Officer Dennis initiated a DC1-801: Chain of Custody form for the digital video disc utilized during this use of force. The digital video disc and the required documentation were placed in the lock box located in the security hallway. Inmate Washington was issued Disciplinary Report (DC6-112F) for 6-1: Disobeying a Verbal Order. The incident was noted on Inmate Washington's DC6-229: Daily Record of Special Housing. I have been trained in forced cell extraction. _____

_____
_____
_____

**Shift Supervisor**
**COMMENT (cont'd):** _____
_____
_____
_____
_____
_____
_____
_____
_____

**REVIEW (cont'd):** _____
_____
_____
_____

**REVIEW (cont'd):** _____
_____
_____
_____
_____
_____
_____

Supporting Documents Attached_____

FLORIDA DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

Reporting Institution:   Santa Rosa Correctional Institution

Reporting Employee:   Officer Donald Dennis

Employee ID Number:   42345

Person(s) Involved:   Inmate Washington, Benjamin 129138

Incident Report Number:  _____

PREA Number:  _____

Date of incident:   April 28, 2011

Time of incident:   Approximately 10:50am

Witness(es):  _____

**DETAILS OF INCIDENT:**   On April 28, 2011 at approximately 11:00am, while I was assigned as a Close Management Housing Officer, I was ordered by Lieutenant Andrew Williams to retrieve the D Dormitory hand held video camera for a possible forced cell extraction of Inmate Washington, Benjamin DC#129128 housed in D1114 alone.  At approximately 11:16am, I began recording as Lieutenant Williams made a brief lead in statement.  Video recording ran un-interrupted throughout the forced cell extraction, Inmate Washington being taken to medical for a post use of force medical examination, and being secured in his re-assigned cell J2106.  At approximately 11:48am, Lieutenant Williams made a closing statement and video recording ceased.  I initiated a DC1-801 chain of custody form for the video.  I witnessed but did not participate in this use of force.

Officer Donald Dennis
**Reporting Employee's Name (Print)**          **Reporting Employee's Signature**          April 28, 2011
                                                                                                **Date**

Shift Supervisor
**COMMENT:**   Submitted for use of force documentation. See Officer Hall's use of force report.    Officer Dennis will be re-trained in video procedures and maintaining a clear view of incident at all times.

Lieutenant Andrew Williams
**Shift Supervisor's Name (Print)**          Shift Supervisor's Signature          April 28, 2011
                                                                                                **Date**

**REVIEW:**   Mins. Recommend re-training of officer in video procedures and maintaining a clear view of incident at all times.

Colonel James Peters
**Correctional Officer Chief's Name (Print)**          Correctional Officer Chief's Signature          April 29, 2011
                                                                                                **Date**

**REVIEW:**   Mins. Concur on recommended re-training.

Warden R.P. Tifft
**Warden's Name (Print)**          Warden's Signature          4/30/11
                                                                                                **Date**

DC6-210 (Effective 3/3/08) (Revised 6/09)          Incorporated by Reference in Rule 33-602.210, F.A.C.          Page 1 of 2

## FLORIDA DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Santa Rosa Correctional Institution | **Incident Report Number:** _____ |
| **Reporting Employee:** Lieutenant Wendell Nelson | **PREA Number:** _____ |
| **Employee ID Number:** 15386 | **Date of incident:** April 28, 2011 |
| **Person(s) Involved:** Inmate Washington, Benjamin 129138 | **Time of incident:** Approximately 10:50am |
| _____ | **Witness(es):** _____ |
| _____ | _____ |

**DETAILS OF INCIDENT:** On April 28, 2011, I was assigned as D Dormitory Close Management Lieutenant at Santa Rosa Correctional Institution Main Unit. At approximately 9:38am, Behavioral Analyst Christine Wilson observed Inmate Washington, Benjamin DC# 129138 in his assigned cell D1114 experiencing severely agitated psychotic behavior and had smeared feces in his cell. I was advised that Inmate Washington was ordered to be placed on SHOS status. At approximately 10:34am, I approached cell D1114 and ordered Inmate Washington to submit to restraints and exit his cell for placement on SHOS status. Inmate Washington refused to submit to restraints to exit his cell. I did not witness nor participate in this use of force.

| | | |
|---|---|---|
| Lieutenant Wendell Nelson | *[signature]* | April 28, 2011 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor**
**COMMENT:** Submitted for use of force documentation. See Officer Hall's use of force report.

| | | |
|---|---|---|
| Lieutenant Wendell Nelson | *[signature]* | April 28, 2011 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** Mins.

| | | |
|---|---|---|
| Major John Kolodziej | *[signature]* | April 29, 2011 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** Mins.

| | | |
|---|---|---|
| Warden R.P. Tifft | *[signature]* | 4/30/11 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

## FLORIDA DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Santa Rosa Correctional Institution Annex | **Incident Report Number:** _____ |
| **Reporting Employee:** Behavioral Specialist Christine Wilson | **PREA Number:** _____ |
| **Employee ID Number:** 50920 | **Date of incident:** April 28, 2011 |
| **Person(s) Involved:** Inmate Washington, Benjamin 129138 | **Time of incident:** Approximately 10:50am |
| _____ | **Witness(es):** _____ |
| _____ | |

**DETAILS OF INCIDENT:** On April 28, 2011, I was assigned as Behavioral Specialist at Santa Rosa Correctional Institution Main Unit. At approximately 9:38am, I observed Inmate Washington, Benjamin DC# 129138 in his assigned cell D1114 experiencing severely agitated psychotic behavior and had smeared feces in his cell. Inmate Washington was ordered to be placed on SHOS status and refused to submit to restraints to exit his cell. At approximately 10:47am, I contacted Senior Behavioral Analyst Doctor William Jehle who forwarded the information to Psychiatrist Doctor Shandra Smith and she ordered Inmate Washington be placed in SHOS status and authorized the use of force to carry out her orders. I did not witness nor participate in this use of force.

Behavioral Specialist Christine Wilson        *[signature]*        April 28, 2011
**Reporting Employee's Name (Print)**      **Reporting Employee's Signature**      **Date**

**Shift Supervisor**
**COMMENT:** Submitted for use of force documentation. See Officer Hall's use of force report.

Lieutenant Andrew Williams        *[signature]*        April 28, 2011
**Shift Supervisor's Name (Print)**      **Shift Supervisor's Signature**      **Date**

**REVIEW:** Mins.

Major John Kolodziej        *[signature]*        April 29, 2011
**Correctional Officer Chief's Name (Print)**    **Correctional Officer Chief's Signature**    **Date**

**REVIEW:** Mins.

Warden R.P. Tifft        *[signature]*        5/30/11
**Warden's Name (Print)**      **Warden's Signature**      **Date**

## FLORIDA DEPARTMENT OF CORRᴇᴄᴛIONS

### INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** Santa Rosa Correctional Institution Annex | **Incident Report Number:** _____ |
| **Reporting Employee:** Lieutenant Gregory Byrd | **PREA Number:** _____ |
| **Employee ID Number:** 3064 | **Date of incident:** April 28, 2011 |
| **Person(s) Involved:** Inmate Washington, Benjamin 129138 | **Time of incident:** Approximately 10:50am |
| _____ | **Witness(es):** _____ |

**DETAILS OF INCIDENT:** On April 28, 2011, I was assigned as Second Shift Supervisor at Santa Rosa Correctional Institution. At approximately 10:50am , I was notified by Lieutenant Andrew Williams that Inmate Washington, Benjamin DC#129138 housed in cell D1114 alone was refusing to submit to wrist restraints to be placed on SHOS status.  I reported to D-Dormitory to ensure all use of force procedures were followed.  I witnessed but did not participate in this use of force.

_____

Lieutenant Gregory Byrd
**Reporting Employee's Name (Print)**          **Reporting Employee's Signature**          April 28, 2011
                                                                                           **Date**

Shift Supervisor
**COMMENT:** Submitted for use of force documentation. See Officer Hall's use of force report.

_____

Lieutenant Gregory Byrd
**Shift Supervisor's Name (Print)**          **Shift Supervisor's Signature**          April 28, 2011
                                                                                       **Date**

**REVIEW:** MINS

_____

Major John Kolodziej
**Correctional Officer Chief's Name (Print)**          **Correctional Officer Chief's Signature**          **Date**

**REVIEW:** MuS.

_____

Warden R.P. Tifft
**Warden's Name (Print)**          **Warden's Signature**          **Date**

## FLORIDA DEPARTMENT OF CORR⌐⌐TIONS

### INCIDENT REPORT

| | | | |
|---|---|---|---|
| Reporting Institution: | Santa Rosa Correctional Institution | Incident Report Number: | |
| Reporting Employee: | Lieutenant William Shaner | PREA Number: | |
| Employee ID Number: | 19260 | Date of incident: | April 28, 2011 |
| Person(s) Involved: | Inmate Washington, Benjamin 129138 | Time of incident: | Approximately 10:50am |
| | | Witness(es): | |

**DETAILS OF INCIDENT:**   On April 28, 2011, I was assigned as Close Management Housing Lieutenant at Santa Rosa Correctional Institution. At approximately 10:50am I was notified by Lieutenant Andrew Williams that Inmate Washington, Benjamin DC#129138 housed in cell D1114 alone was refusing to submit to wrist restraints to be placed on SHOS status. At approximately 10:56am, I approached cell D1114 with Lieutenant Williams and attempted to counsel Inmate Washington. Inmate Washington continued to refuse to submit to restraints for removal from his cell. At approximately 11:17am, I was conducting a security check of D Dormitory Wing One and again attempted to counsel with Inmate Washington. Inmate Washington continued to refuse to submit to restraints.  I reported to D-Dormitory to assist with the incident if needed. I was present during the cell extraction at approximately 11:20am and assisted in giving orders to Inmate Washington to stop resisting the officers. At approximately 11:20am, the cell extraction team entered cell D-1114, Inmate Washington was moving forward into the doorway and the team pushed the inmate toward the back cell wall in an attempt to pin him to the cell floor. Inmate Washington resisted and the team struggled with the inmate in between the table and bunk continuing attempting to place the inmate on the floor.  The inmate was placed on the floor in a prone position where he continued to fight the officers. Inmate Washington and the floor were slick with feces and water and the inmate placed his arms underneath his torso to prevent the officers from gaining control. Lieutenant Williams and I continually ordered the inmate to stop resisting.  At approximately 11:24am, Officer Christopher Martillano stated that the wrist restraints were on and Officer Nicholas Jacobsen stated that the leg restraints were on.  At this time all force ceased.  At approximately 11:24am, Lieutenant Williams instructed the team members to allow Inmate Washington to stand to his feet.  I witnessed but did not participate in this use of force.

| | | |
|---|---|---|
| Lieutenant William Shaner | | April 28, 2011 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor**
**COMMENT:** Submitted for use of force documentation. See Officer Kyle Hall's use of force report.

| | | |
|---|---|---|
| Lieutenant William Shaner | | April 28, 2011 |
| **Shift Supervisor's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:**  Mins. UOF documentation.

| | | |
|---|---|---|
| Major John Kolodziej | | April 29, 2011 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:**  Mins.

| | | |
|---|---|---|
| Warden R.P. Tifft | | 4/30/11 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**Witness Statement**

| State of Florida | Log #_____ | Department of Corrections |
|---|---|---|

---

**I.    Identifying Inmate Information**

DC # __129138_____        Inmate Name ___Washington, Benjamin_____

Violation Code and Short Title ___Use of Force – Authorized Cell Extraction____

Use of Force # _2011 - 119 – 0198_____

Date Report Written ___04/28/2011_____

---

**II.    Witness**

☐    Staff Member:  Name and Position_____

☐    Other Individual:  Name_____

☒    Inmate:        DC #__129138_____        Name ___Washington, Benjamin____

---

**III.    Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____        Date_____

Signature of Officer_____        Date_____

---

**IV.    Statement**

refuse to make statement

Witness Signature  LT Awell          Date 4/28/11

Signature of Officer _____        Date_____

DC6-112C (Revised 8/06)                    Original:  Inmate File                    Copy:  Central Office

## Cell Extraction Certification

| LAST NAME | FIRST NAME | CELL EXTRATION | CELL EX. REFRESH |
|-----------|-----------|----------------|------------------|
| HALL | KYLE | 05/04/06 | 04/02/10 |
| KILGORE | ANDREW | 07/19/06 | 12/03/10 |
| MARTILLANO | CHRISTOPHER | 01/17/08 | 10/15/10 |
| SANDERS | JACKIE | 08/03/04 | 12/17/10 |
| JACOBSEN | NICHOLAS | 01/14/09 | 02/11/11 |

```
04/07/2015              FLORIDA DEPARTMENT OF CORRECTIONS           PAGE:  1
                             MINS INCIDENT REPORT                   TIME 11:00
```

```
PREPARED BY: R119RO1 OLSON, ROBERT N.        INCIDENT NUMBER: 0000385882
INCIDENT TYPE: 27I CELL EXTRACTION           STATUS OF INCIDENT: USE OF FOR
REPORT DATE:  04/29/2011                     REPORT TIME:   05:39
INCIDENT DATE: 04/28/2011                    INCIDENT TIME:  11:00
REPORT LOCATION: 119 SANTA ROSA C.I.         REPORT REGION: 1
DATE REPORTED TO MANAGEMENT: 04/28/2011
IG NUMBER:                                   UOF NUMBER: 111190198
IG ASSIGNED:                                 DATE IG ASSIGNED: 05/04/2011
INCIDENT LOCATION: 63 CONFINEMENT            DAY CODE: 4      SHIFT CODE: 2
INJURIES: N       STG/STI INVOLVEMENT: N     PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   CONFIDENTIAL: N            INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
WEAPONS USED:
DORM/WING/FLOOR/CELL/BED: D-1-1-14-L
FORCE TYPE: PHY: Y   CHM: N   MED RSTR: N    SPONTANEOUS UOF: N
                                             VIDEO: HANDHELD: Y   WING: Y
```

```
        NAME                TITLE           BIRTHDATE   R S    ID NUMBER
-------------------- ----------------------- ---------- - - ---------------
PARTICIPANT (S)
  JACOBSEN, NICHOLAS A CORRECTIONAL OFFICER             1 1 44420
  HALL, KYLE L.        CORRECTIONAL OFFICER             1 1 39395
  KILGORE, ANDREW C.   CORRECTIONAL OFFICER             9 1 41755
  SANDERS, JACKIE D.   CORRECTIONAL OFFICER SE          1 1 18774
  MARTILLANO, CHRISTOP CORRECTIONAL OFFICER             4 1 42739
SUBJECT (S)
  WASHINGTON, BENJAMIN ACTIVE INMATE                    2 1 129138
WITNESSES (S)
  DENNIS, DONALD E.    CORRECTIONAL OFFICER             1 1 42345
  WILLIAMS, ANDREW W.  CORRECTIONAL OFFICER LI          1 1 23108
  NELSON, WENDELL H.   CORRECTIONAL OFFICER LI          1 1 15386
  WILSON, CHRISTINE J. BEHAVIORAL SPECIALIST -          1 2 50920
  BYRD, GREGORY R.     CORRECTIONAL OFFICER LI          1 1 3064
  SHANER, WILLIAM C.   CORRECTIONAL OFFICER LI          1 1 19260
```

```
CONTRABAND RECOVERED        TYPE     POSSESS     QUANTITY      UNIT MSR
----------------------- ------   -------   ----------   --------
```

MEDICAL DEPT. DESCRIPTION OF INJURIES:
    INMATE WASHINGTON WAS NOTED WITH A LACERATION ABOVE HIS LEFT
    EYE, A CUT LIP AND TONGUE, A FRONT TOOTH MISSING, AND A
    SCRAPE ON HIS BACK. THERE WERE NO INJURIES TO THE OFFICERS.

DESCRIPTION OF INCIDENT:
    ON APRIL 28, 2011, OFFICER HALL REPORTED THAT HE WAS A
    MEMBER OF A FIVE MAN CELL EXTRACTION TEAM THAT UTILIZED
    AUTHORIZED PHYSICAL FORCE ON INMATE WASHINGTON. INMATE
    WASHINGTON WAS IN HIS ASSIGNED CELL D1114. DUE TO HIS
    SEVERELY AGITATED BEHAVIOR AND SMEARING FECES ON HIMSELF,

Exhibit 2

    MEDICAL STAFF ORDERED INMATE WASHINGTON BE PLACED IN SHOS
STATUS. THE INMATE WAS ISSUED A FINAL ORDER TO SUBMIT TO
RESTRAINTS FOR PLACEMENT ON SHOS STATUS TO WHICH HE DID NOT
COMPLY AND THE EXTRACTION TEAM ENTERED THE CELL AND
RESTRAINED INMATE WASHINGTON AND PLACED HIM IN SHOS STATUS
IN THE MAIN UNIT INFIRMARY. EAC WAS NOTIFIED.

🗵

# Bureau of State Investigations

## Case Summary

## Case Number: 11-1-3272

---

**Facility:**      SANTA ROSA C.I.
**Class:**         INJURIES (INMATE)

**Case
Type:**  RM          **Priority:**
**Special Category:**

| | | |
|---|---|---|
| **Assigned:** 5/3/11 | **Incident Date:** 4/28/11 | **Incident Time:** 10:00:00 PM |
| **Super Appv:** 5/3/11 | **Cent Office Appv:** 5/3/11 | |
| **Distributed:** 5/3/11 | **Addendum Pend:** No | **Addend. Date:** |
| **Disp. Date:** 5/3/11 | | |

**Background Narrative:**
ON 4/28/11 LT BURCH WAS ADVISED THAT I/M WASHINGTON WAS UNRESPONSIVE ON
THE CELL FLOOR IN I2106. ONCE APPROPRIATE STAFF WAS PRESENT THE CELL DOOR
WAS BREACHED AND I/M WASHINGTON BECAME RESPONSIVE. PROPER RESTRAINTS
WERE PLACED ON I/M WASHINGTON AND HE WAS ASSESSED BY ON DUTY MEDICAL
STAFF. IT WAS DETERMINED THAT I/M WASHINGTON NEEDED TO BE TRANSPORTED TO
AN OUTSIDE HOSPITAL VIA AMBULANCE. THE AMBULANCE DEPARTED WITH ONE OFC
IN THE FRONT AND ONE OFC IN THE BACK WITH I/M WASHINGTON. TWO OFFICER'S
FOLLOWED IN CHASE VEHICLES. EAC OFC MILLER WAS NOTIFIED.

**Sustained: No**          **Unsustained: No**          **Exonerated: No**

**Disposition:**
RM- NO IG INV. ISSUE. DCA.

|                **Inspector(s)**                |                **Complainant(s)**                |
|---|---|
| | BURCH, MICHAEL D  (CORRECTIONAL OFFICER LIEUTENANT) |

|                **Victim(s)**                |                **Subject(s)**                |
|---|---|
| WASHINGTON, BENJAMIN  (Active Inmate) 129138 | |

**Witness(es)**

<span style="color:red">Exhibit 3</span>

🗷

# Bureau of State Investigations

## Case Summary

## Case Number: 11-1-3381

---

**Facility:**     SANTA ROSA C.I.
**Class:**        BATTERY / LAW ENFORC (VIOLENT)

**Case Type:** RM        **Priority:**
**Special Category:**

| | | | |
|---|---|---|---|
| **Assigned:** 5/9/11 | **Incident Date:** 4/28/11 | **Incident Time:** 10:00:00 PM |
| **Super Appv:** 5/9/11 | **Cent Office Appv:** 5/9/11 | |
| **Distributed:** 5/9/11 | **Addendum Pend:** No | **Addend. Date:** |
| **Disp. Date:** 5/9/11 | | |

**Background Narrative:**
ON 4/28/11 I/M WASHINGTON WAS FOUND TO BE UNRESPONSIVE ON THE CELL FLOOR IN
I2106. ONCE APPROPRIATE STAFF WAS PRESENT THE CELL DOOR WAS BREACHED. I/M
WASHINGTON WAS SEEN BY ON DUTY MEDICAL STAFF AND IT WAS DETERMINED HE
NEEDED TO BE TRANSPORTED TO AN OUTSIDE HOSPITAL. OFC ALLENDER WAS
ASSISTING WITH THE REMOVAL OF HIS STATE ISSUED SHROUD AND PLACING HIS
STATE ISSUED PANTS ON WHEN HE SPIT ON THE RIGHT SIDE OF OFC ALLENDER'S FACE
AND THE STOMACH AREA OF HIS UNIFORM SHIRT.

**Sustained: No**        **Unsustained: No**        **Exonerated: No**

**Disposition:**
RM- SAO HAS IN THE PAST DECLINED TO PROSECUTE I/M'S MH GRADE IS A 5. DCA.

|  **Inspector(s)**  | **Complainant(s)** |
|---|---|
| | BURCH, MICHAEL D (CORRECTIONAL OFFICER LIEUTENANT) |

|  **Victim(s)**  | **Subject(s)** |
|---|---|
| ALLENDER, TRAVIS J (CORRECTIONAL OFFICER) | WASHINGTON, BENJAMIN (Active Inmate) 129138 |

**Witness(es)**

<span style="color:red">Exhibit 4</span>